James Robert Tice

[136 East south street]

Corry, PA 16407

25-1392

RECEIVED

NOV 10 2025

U.S.C.A. 3rd. CIR

March 10, 2025

Clerk of Court United States District Court Western District of Pennsylvania

**Re: James Robert Tice v. Stephanie Domitrovich, et al. — Case No. 1:2025cv00207 Filing of Notice of Appeal and Request for Transmission of Record**

Dear Clerk:

Please accept for filing the enclosed Notice of Appeal by Petitioner/Appellant James Robert Tice in the above-captioned matter. The Notice of Appeal is being filed to appeal the final judgment entered by this Court on March 10, 2025.

I respectfully request that the Clerk:

1. File-stamp the enclosed Notice of Appeal and enter it on the district-court docket;

2. Serve or note service of the Notice of Appeal on all counsel of record and parties as required by the Federal Rules of Appellate Procedure and the Court's local rules;

3. Prepare and transmit the district-court record, including the docket, pleadings, exhibits, and transcripts ordered by the Court, to the United States Court of Appeals for the Third Circuit in accordance with applicable rules and the Third Circuit's transmission procedures;

4. Provide a filed stamped copy of the Notice of Appeal, and full file. to me (the pro se appellant) at the address

5. This is an appeal by right, already from ifp.

6. Request for counsel will be requested.

7. All orders are being appeals fro m1990-2025 from all courts this is your notice.

8. War clauses are being activated by all countries, this is your notice.

Enclosed please find:

- Original Notice of Appeal (signed) for filing;

- One filed-stamped copy of the Notice of Appeal for my records (please return a copy by mail or email); and

- Certificate of Service.

1

I certify that a true, and correct copy of the enclosed Notice of Appeal has been or will be served on co unsel/parties of record in accordance with the Court's rules. Your Instructed to serve by docket those I cannot in Et al.

If you require further information or additional documentation to process this filing, please contact me at the telephone number or email listed above.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ James Robert Tice James Robert Tice, Pro Se

Enclosures: Notice of Appeal; Certificate of Service.

## ON [EMERGENCY]

## APPEAL FROM THE  WESTERN DISTRICT OF PENNSYLVANIA

## UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

RECT

NOV 1 0 2025

U.S.C.A, 3rd. Cir

# JAMES ROBERT TICE, = IN-RE J.R.T

grandson of military WAR veteran Walter Lawrence Farrell; descendant of Woden, Wil

liam the Conqueror, Pepin, Charlemagne, Andok II, Bran King of Siluria, Gradlon Ma

wr, NN ferch, Leo VI, Basil I, Maxentius Emperor, Nikephoros I, Gor Thorrasson,

Grim Jotne, Vladimir Prince of Novgorod; kings of England, knights, lords, barons,

Magna Ca rta signatories; treaty of Paris, U.S. Constitution, biblical; in-law to Jesus,

Mary Magda lene, Mary, Joseph, Abuid, David; Elemental (Earth, Wind, Fire, Forest,

Ocean); Nabi Adam (Peace be unto him), Prophet Muhammad; Supreme

PURUSH/Nārāyana, Brah ma, Buddha, Adi Shankaracharya, Sheikh Haydar Safaviyya

Sufi Order; Inca and Indi genous royalty (Tumba, Urco); Norse, and Trojan mythic

kingship; African and Numid ian sovereignty (Juba I, Heraclius); Polynesian gods, and

earth-sky deities; military and conquest roles (Pizarro, Alexander, Scipio, Paullus);

Roman legal, and noble leadership (Olybrius, Julius Paulus); Norse mythology, and

divine ancestry (Woden, Grim Jotne, Th or Andersen Bole); Biblical, and prophetic

lineage (Solomon, Zerubbabel, Anna bat Sim on of Arimathea); Genealogical and

1

matriarchal transmission (Mariamne documents, Yeshuah ben Yossef); European, and Near Eastern royalty (Georgia, Tyrol, Trebizond, Pontus, Kiev); Religious authority (100 Popes, uncles, cousins); Legendary, and mythic ancestry (Gapt, Bran, Lycurgus); Ethnographic, and ancestral corridors (NTU Forefather Bantu, Ntu Abraham Africa); Indigenous, and legendary ancestry (Pocahontas, Nicketti Hughes), ANU, <u>ALL OTHERS/ ETC, ET.AL</u>

---

Petitioner-Appellant,

v.

**WAYNE JOSEPH ALEXANDER, STEPHANIE DOMITROVITCH, ET AL.,**

Defendants-Appellees.

## <u>EMERGENCY NOTICE OF APPEAL</u>

## <u>VIOLATIONS OF COSMIC LAW FIRST AMENDMENT,</u>

## <u>CAUSING AN EIGHT AMENDMENT</u>

1. Notice is hereby given that James Robert Tice, Petitioner-Appellant, appeals to the United States Court of Appeals for the Third Circuit from the final judgment of the United States District Court for the Western District of Pennsylvania in Case No. **1:25-cv-00207-MRH**, entered on **October 29, 2025 (ECF No. 16)**, deny

2

ing Motion for Relief from Judgment under **Fed. R. Civ. P. 60(b)(4) and 60(d) (3 )**; the underlying **October 8, 2025 Order (ECF No. 13)** dismissing the Amended Complaint with prejudice; and all prior orders in this case and related cases (Inclu deing Civil Action **No. 1:25-cv-0044CB** and all habeas corpus, writs, all writs, an d mandamus ever filed).

2.  The appeal is taken on grounds that the judgments were erroneous, involving sig nificant questions of law under the U.S. Constitution (including due process, equ al protection, unlawful detention, fraud on the court, evidence suppression, and sovereignty/treaty rights) and violations of **18 U.S.C. §§ 241, 242, and 628** inte rnational treaties.

3.  Petitioner further preserves for briefing the argument that the judgments below violate not only constitutional and statutory law, but also fundamental moral and spiritual principles as recognized in sacred traditions, including the Ethiopian Bible, and the covenantal authority symbolized by the Ark of the Covenant. Th ese traditions affirm that justice, truth, and the dignity of the oppressed transcend corrupted legal systems and compel redress where secular courts have failed.

4.  **Siounide** — one who carries the truth of Zion, preserved in the Ethiopian Bible, guarded by the Ark, and affirmed by suffering that refines rather than destroys,

3

being, petitioners grandfathers confer treaty rights, and violations of religion, including the prophets being denied.

5. "Petitioner asserts that the refusal to acknowledge his religious identity, ancestral lineage, and spiritual standing — including his connection to the Exilarchate and sacred traditions preserved in the Ethiopian Bible — constitutes a continuing violation of his First Amendment rights. This suppression is not a past harm but an ongoing denial, affecting his dignity, access to justice, and religious expression."

• This appeal invokes cosmic law and divine order as superseding secular law, as detailed in the attached declarations and exhibits.

• The appeal is taken on grounds that the judgments were erroneous, involving significant questions of law under the U.S. Constitution (<u>including due process, equal protection, unlawful detention, fraud on the court, evidence suppression, and so vereignty/treaty rights</u>) and violations of **18 U.S.C. §§ 241, 242, and 628** international treaties.

• "Every day they use illegal records to harm petitioner — that's a new violation. Finality doesn't apply. Fraud destroys finality."

• "The government is using illegal records, and denying access to exculpatory evidence that proves my innocence and the fraud used to convict petitioner. Every

4

order based on those records is void." Sentences are illegally derived and cont

inuing, causing new ones repeatedly upon his life, and preventing relief.

- **Pattern as Institutional Fraud**

"Every denial is part of a pattern of suppression, obstruction, and fraud. The

court lacked jurisdiction, used illegal records, and denied access to exculpat

ory evidence. Each denial compounds the original violation."

1. **Jurisdictional defects** mean the court never had lawful authority to issue it

   s orders. The conviction was based on illegal records, suppressed evidence,

   or fraud, then every ruling built on that is void.

- **Fraud on the court** (Hazel-Atlas standard) nullifies finality. Evidence was hid

  den, altered, or excluded intentionally, the judgment is not just wrong — it's inv

  alid.

- **Suppression and obstruction** by attorneys or officials violates due process and

  equal protection. Petitioner were denied access to file, denied counsel, or forced

  into silence, the system itself broke the law.

- **Denial of certification or standing** means you were never properly brought und

  er the court's jurisdiction. That's a constitutional violation.

5

- **Ongoing harm** (registries, housing bans, SSI restrictions, reputational damage) based on void judgments is a continuing violation — not a closed case.

This appeal invokes cosmic law, and divine order as superseding secular law, as detailed in the attached declarations, and exhibits.

**Dated**: November 05, 2025

/s/ James Robert Tice

James Robert Tice

136 East South Street

Corry, PA 16407

allbusiness4@gmail.com

814-663-7565

## CERTIFICATE OF SERVICE

I certify that on **November 05, 2025**, I served a true copy of this Notice of Appeal on all parties via [**method: e.g., U.S. Mail or electronic service**] to their known addresses.

/s/ James Robert Tice

6

# ATTACHMENT: STATEMENT OF ISSUES

## STATEMENT OF ISSUES

### EMERGENCY NOTICE OF APPEAL

**Appeal to the United States Court of Appeals for the Third Circuit**

---

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

NOTICE is hereby given that **James Robert Tice**, Petitioner–Appellant, hereby appeals to the **United States Court of Appeals for the Third Circuit** from the following orders entered in this action by the United States District Court for the Western District of Pennsylvania:

1. The **final judgment** entered on **October 29, 2025 (ECF No. 16)**, denying Petitioner's Motion for Relief from Judgment pursuant to **Federal Rules of Civil Procedure 60(b)(4) and 60(d)(3)**;

2. The **Order of October 8, 2025 (ECF No. 13)**, dismissing the Amended Complaint with prejudice; and

7

3. **All prior orders** in this case and related cases, including Civil Action No. **1:25-cv-0044-CB**, and all associated writs (habeas corpus, mandamus, and "all writs" petitions) filed by Petitioner.

This appeal is taken as an **emergency appeal** due to ongoing and irreparable constituti onal and fundamental rights violations alleged to continue daily.

---

## **GROUNDS FOR APPEAL**

The appeal is taken on the following grounds, among others, for review and determina tion by the Third Circuit:

1. **Constitutional Violations:**

   Whether the district court's rulings violated the Petitioner's rights under the **Fir st, Fifth, Eighth, and Fourteenth Amendments** to the U.S. Constitution, inc luding alleged violations involving due process, equal protection, free exercise, and freedom of petition.

2. **Jurisdictional and Procedural Defects:**

   Whether the district court lacked jurisdiction due to alleged reliance on illegal or fraudulent records, suppression of exculpatory evidence, or other fraud on the co

urt, rendering the judgments void under ***Hazel-Atlas Glass Co. v. Hartford-Em pire Co., 322 U.S. 238 (1944)***).

3. **Ongoing Harm:**

Whether continuing enforcement of the underlying judgments constitutes an ong oing, and new constitutional violation, preventing finality and warranting emerg ency appellate intervention.

4. **Statutory and Treaty Claims:**

Whether the district court failed to properly apply or recognize protections under **18 U.S.C. §§ 241, 242, 628**, relevant **international treaties**, and the **Supremacy Clause** of Article VI of the Constitution.

---

## ADDITIONAL ASSERTIONS

Petitioner invokes **"cosmic law and divine order"** as a framework for asserting fund amental and natural rights claimed to supersede secular law, as described in attached de clarations, and exhibits.

Petitioner further asserts that each denial and dismissal in the record constitutes a con tinuation of alleged fraud and obstruction, forming a pattern of institutional suppressi on.

9

## **RELIEF REQUESTED**

Petitioner respectfully requests that the United States Court of Appeals for the Third Circuit:

1. **Accept this appeal as an emergency matter;**

2. **Vacate** the orders and judgment of the district court; and

3. **Remand** the case for full and fair proceedings consistent with constitutional and statutory guarantees.

**Dated:** November 5, 2025

**Respectfully submitted,**

Dated: November 05, 2025.

/s/ James Robert Tice

James Robert Tice

136 East South Street

Corry, PA 16407

allbusiness4@gmail.com

814-663-7565

# CERTIFICATE OF SERVICE

I certify that on November 05, 2025, I served a true copy of this Notice of Appeal on all parties via [U.S. Mail or electronic service] to their known addresses.

/s/ James Robert Tice

11

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 25-1392

JAMES ROBERT TICE,
Appellant

v.

COMMONWEALTH OF PENNSYLVANIA; UNITED STATES OF AMERICA;
PENNSYLVANIA STATE POLICE, Megan's Law/Sorna Section/All-States
Ghost-Sentences Within The United States/Child Line/Children-&-Youth;
UNITED STATES COURT OF APPEALS; SUPREME COURT OF THE
UNITED STATES; ATTORNEY GENERAL PENNSYLVANIAA

(W.D. Pa. No. 1:24-cv-00046)

the circuit in regular service not having voted for rehearing, the petition for rehearing by

the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: October 31, 2025
DWB/arr/cc: JRT; MEB; DEA; RE



NOV 1 0 2025

U.S.C.A. 3rd. CIR

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3165

JAMES ROBERT TICE, In re J.R.T, minor,
Appellant

v.

HARRY E. WILSON; PA STATE POLICE; MEGAN'S LAW SECTION;
COMMONWEALTH OF PA; DEPARTMENT OF HUMAN SERVICES OF PA;
DEPARTMENT OF BJS; DEPARTMENT OF DPW; DEPARTMENT OF CHILDREN
& YOUTH CYS; WAYNE JOSEPH ALEXANDER; JUVENILE PROBATION
DEPARTMENT; ROBERT BLAKELY; DIANE DOMBROWSKI; FRED P.
ANTHONY; STEPHANIE DOMITROVITCH; JOHN A. BOZZA; BRENDA
NICHOLS; PAUL MANZI; DOMINICK D. DIPAOLO; PETER NAKOSKI;
MILLCREEK POLICE DEPARTMENT; ERIE POLICE DEPARTMENT; PAM
MARSH-HERMITAGE HOUSE; ATTORNEY ANTHONY A. LOGUE; DISTRICT
ATTORNEY KATHLEEN ANN SCBETTA; BRAD H. FOULK; JIM K. VOGEL;
DEPARTMENT OF CORRECTIONS (DOC), THE COMMONWEALTH OF DA.

2. Response by Appellees in Opposition to Motion to Reconsider Document 66, the Court's Order dated October 15, 2025, denying the Motion to Recall the Mandate and Vacate the Court's September 2, 2025 Order, Reopen Proceedings, and Address Jurisdictional Voidness and Fraud on the Court

Respectfully,
Clerk/dwb

_____ ORDER _____

The foregoing motion is denied.

By the Court,

*s/Arianna J. Freeman*
Circuit Judge

Dated: October 31, 2025
dwb/nmb/cc: James Robert Tice
Brett Carlson, Esq.

CLOSED

## U.S. District Court
### Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:25-cv-00207-MRH
### Internal Use Only

TICE v. DOMITROVICH et al
Assigned to: Chief Judge Mark R. Hornak
Demand: $999,000
related Case: 1:24-cv-00044-CB
Cause: 42:1983 Civil Rights Act

Date Filed: 07/08/2025
Date Terminated: 07/17/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**JAMES ROBERT TICE**                    represented by    **JAMES ROBERT TICE**
136 EAST SOUTH STREET
CORRY, PA 16407
PRO SE

V.

**Defendant**

**STEPHANIE DOMITROVICH**

**Defendant**

**BRENDA WILLIAMS NICHOLS**

**Defendant**

**SUSAN PARADISE BAXTER**

**Defendant**

**CATHY BISSOON**

**Defendant**

**RICHARD A. LANZILLO**

**Defendant**

**FRED P. ANTHONY**

**Defendant**

**JOHN A BOZZA**

**Defendant**

**MICHAEL T. JOYCE**
*TERMINATED: 08/13/2025*

**Defendant**

**DOMINICK D. DIPAOLO**

**Defendant**

**PETER NAKOSKI**

<u>Defendant</u>

**UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT**

<u>Defendant</u>

**SUPREME COURT OF
PENNSYLVANIA**

<u>Defendant</u>

**PENNSYLVANIA SUPREME COURT
ADMINISTRATOR**

<u>Defendant</u>

**HARRY E. WILSON**

<u>Defendant</u>

**PENNSYLVANIA STATE POLICE**
*TERMINATED: 08/13/2025*

<u>Defendant</u>

**MEGAN'S LAW SECTION**
*TERMINATED: 08/13/2025*

<u>Defendant</u>

**COMMONWEALTH OF
PENNSYLVANIA**

<u>Defendant</u>

**PA DEPARTMENT OF HUMAN
SERVICES**

<u>Defendant</u>

**PA DEPARTMENT OF BUREAU OF
JUVENILE JUSTICE SERVCES**

<u>Defendant</u>

**PA DEPARTMENT OF PUBLIC
WELFARE**

<u>Defendant</u>

**PA DEPARTMENT OF CHILDREN
AND YOUTH SERVICES**

<u>Defendant</u>

**WAYNE JOSEPH ALEXANDER**

<u>Defendant</u>

**PAUL MANZI**

<u>Defendant</u>

PA DEPARTMENT OF CORRECTIONS

**Defendant**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE**
*TERMINATED: 08/13/2025*

**Defendant**

**AMELIA J. GOODRICH**

**Defendant**

**BRETT GRAHAM**
*TERMINATED: 08/13/2025*

**Defendant**

**ANTHONY A. LOGUE**

**Defendant**

**KATHLEEN ANN SCIBETTA**

**Defendant**

**BRAD H. FOULK**

**Defendant**

**JIM K. VOGEL**

**Defendant**

**CHARLES SUNWABE**
*TERMINATED: 08/13/2025*

**Defendant**

**INNOCENCE PROJECT, INC.**

**Defendant**

**AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA**

**Defendant**

**NEXSTAR MEDIA GROUP, INC.**

**Defendant**

**WFXP FOX/66/WJET-TV**

**Defendant**

**JULIE ZOUMBARIS**

**Defendant**

**JIM RUMM**

**Defendant**

**BARBARA PERCY**

**Defendant**

**MISSION BROADCASTING, INC.**

**Defendant**

**NANCIE J. SMITH**

**Defendant**

**JOHN/JANE DOES**
*(CAMERAMAN)*
*TERMINATED: 08/13/2025*

**Defendant**

**ERIE COUNTY JUVENILE PROBATION DEPARTMENT**

**Defendant**

**HARBORCREEK YOUTH SERVICES**

**Defendant**

**STS-SPECIALIZED TREATMENT SERVICES**

**Defendant**

**NEW CASTLE MAXIMUM SECURITY JUVENILE PRISON (YDC)**

**Defendant**

**EDMUND L. THOMAS DETENTION-CENTER**

**Defendant**

**PAM MARSH**

**Defendant**

**ROBERT BLAKELY**

**Defendant**

**DIANE DOMBROWSKI**

**Defendant**

**MILLCREEK TOWNSHIP POLICE DEPARTMENT**

**Defendant**

**ERIE CITY POLICE DEPARTMENT**

**Defendant**

**SOCIAL SECURITY ADMINISTRATION**

**Defendant**

**COMMISSIONER OF SOCIAL SECURITY**

Defendant

**UNITED STATES OF AMERICA**

Defendant

**ESQ. JAY HABAS**

Defendant

**ESQ. LORI J. MASON**

Defendant

**ESQ. LINDA BOYER COHEN**

Defendant

**PATRICK M. CAREY**

Defendant

**ESQ. EMILY C. DOWNING**

Defendant

**ESQ. ROBERT J. MARINO**

Defendant

**ESQ. DAVID ZIEGLER**

Defendant

**ESQ. FRANCIS D. WYMARD**

Defendant

**ESQ. LAURA S. IRWIN**

Defendant

**ESQ. JENNIFER M. HERRMANN**

Defendant

**COLONEL CHRISTOPHER L. PARIS**

Defendant

**U.S. ATTORNEY'S OFFICE FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Defendant

**U.S. DEPARTMENT OF JUSTICE**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2025 | | Case Assigned to Judge Cathy Bissoon. (elt) (Entered: 07/08/2025) |

| 07/08/2025 | | (Court only) *** Case Assigned to Category Number 4 (elt) (Entered: 07/08/2025) |
|---|---|---|
| 07/08/2025 | 1 | MOTION for Leave to Proceed in forma pauperis by JAMES ROBERT TICE. (Attachments: # 1 Complaint lodged pending disposition of IFP Motion, # 2 Complaint lodged pending disposition of IFP Motion, # 3 Civil Cover Sheet, # 4 Notice of appearance, # 5 Exhibit list, # 6 Appendix LCVR-7.1B RICO statement, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Envelope) (rtm) (Entered: 07/09/2025) |
| 07/09/2025 | | (Court only) ***CASE REFERRED TO Law Clerk SPS. (jmm) (Entered: 07/09/2025) |
| 07/14/2025 | 2 | ORDER OF RECUSAL. Judge Cathy Bissoon recused per 28 U.S.C. § 455. Signed by Judge Cathy Bissoon on 7/14/2025. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (jmm) (Entered: 07/14/2025) |
| 07/16/2025 | | Judge Susan Paradise Baxter added. (rtm) (Entered: 07/16/2025) |
| 07/16/2025 | 3 | ORDER OF RECUSAL: AND NOW, this 16th day of July, 2025, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 455, Judge Susan Paradise Baxter recuses from this case and the Clerk of Court is directed to reassign this matter. Signed by Judge Susan Paradise Baxter on 7/16/2025. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (snc) (Entered: 07/16/2025) |
| 07/16/2025 | | (Court only) ***Staff notes: ECF No. 3 mailed to Plaintiff at the address of record on 7/16/2025. (snc) (Entered: 07/16/2025) |
| 07/17/2025 | | Chief Judge Mark R. Hornak added. Unassigned no longer assigned to case. (elt) (Entered: 07/17/2025) |
| 07/17/2025 | 4 | ORDER GRANTING 1 MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS STATUS AND DISMISSING THE ACTION WITHOUT PREJUDICE AND WITH LEAVE TO AMEND. James Robert Tice has lodged a Complaint accompanied by a request to be excused from prepayment of fees, or in forma pauperis ("IFP") status. That request is GRANTED and the Clerk shall docket the proferred Complaint. Pursuant to the provisions of 28 U.S.C. 1915 (e)(2), the Court has reviewed the submitted Complaint, and DISMISSES THIS ACTION WITHOUT PREJUDICE, for at least the following reasons: The action is purportedly filed pro se by Mr. James Robert Tice, but facially on behalf of himself and a multitude of others. A person proceeding pro se, who is not a lawyer, may only represent themselves and not others. Liggon-Redding v. Willingboro Twp., 351 F. App's 674, 679 (3d Cir. 2009). Further, the submitted Complaint does not bear a manual or authorized electronic signature of the filer, along with their mailing and email addresses and telephone number, as required by Fed. R. Civ. P. 11 (a). See Becker v. Montgomery, 532 U.S. 757, 764 (2001). While broader latitude is provided to pro se filers, Jones v. Unknown D.O.C. Bus Driver & Transp. Crew, 944 F. 3d 478, 483 (3d Cir. 2019), the submitted Complaint is so prolix and disjointed at 122 pages and 2,497 lines of text so as to be nearly incomprehensible, and it is by no means a short and plain statement of claims asserted in numbered paragraph form. Fed. R. Civ. P. 8(a)(1), 10(b). Further, and consistent with the review required by 28 U.S.C. 1915 (e)(2), it facially appears to seek monetary relief against a vast array of judicial officers, court officials, prosecutors and defense lawyers, each of which is the beneficiary of some form of absolute or otherwise applicable immunity. Trihn v. Fineman, 9 F. 4th 235, 237 (3d Cir. 2021) (judges); Roberts v. Lau, 90 F. 4th 618, 624 (3d Cir. 2024)(prosecutors); Black v. Bayer, 672 F. 2d 309, 320 (3d Cir. 1982)(defense lawyers); Haybarger v. Lawrence County Adult Prob. & Parole, 551 F. 3d 193, 198 (3d Cir. 2008)(state |

courts and court officials under the Eleventh Amendment). Further to the extent the action would have as one result the calling into question of the validity of a extant criminal conviction, it would be barred, Heck v. Humphrey, 512 U.S. 477, 487 (1994), and to the extent that it seeks this Court's review of a judgment or decision of a state court, would also be barred. Exxon Mobil Corp. v. Saudi Basic Industries Corp., 544 U.S. 280, 284 (2005)(explaining Rooker-Feldman doctrine). Therefore, consistent with provisions of 28 U.S.C. 1915(e) (2), the Court grants IFP status to Mr. James Robert Tice only, and DISMISSES this civil action without prejudice, but with leave to amend. An amended complaint that complies with the applicable law and rules may be filed within thirty (30) days of the date of this Order. Should such not be timely filed, the dismissal hereunder shall automatically be converted to a dismissal with prejudice without further notice or Order. Mr. Tice is specifically cautioned that further leave to amend may not be granted. This action will administratively closed on the docket without prejudice in the meantime, subject to being reopened if a conforming amended complaint is timely filed. Signed by Chief Judge Mark R. Hornak on 7/17/25. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 07/17/2025)

| 07/17/2025 | 5 | ORDER DIRECTING MR. JAMES TICE TO BECOME A REGISTRED CM/ECF ELECTRONIC DOCKET USER. By Order, this Court has this date granted Mr. Tice leave to file an amended Complaint. Should he elect to do so or to otherwise proceed with this action, he is ORDERED to at the same time become a registered user of the Court's CM/ECF electronic docketing system, or in the alternative, to show cause at that time why requiring such is unjust or inequitable. Signed by Chief Judge Mark R. Hornak on 7/17/25. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 07/17/2025) |
| 07/17/2025 | | (Court only) ***Civil Case Terminated. (bdb) (Entered: 07/17/2025) |
| 07/17/2025 | 6 | COMPLAINT against WAYNE JOSEPH ALEXANDER, AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, FRED P. ANTHONY, SUSAN PARADISE BAXTER, CATHY BISSOON, ROBERT BLAKELY, JOHN A BOZZA, PATRICK M. CAREY, LINDA BOYER COHEN, COMMISSIONER OF SOCIALSECURITY, COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF BUREAU OF JUVENILE JUSTICE SERVCES, DEPARTMENT OF CHILDREN AND YOUTH SERVICES, DEPARTMENT OF CORRECTIONS, DEPARTMENT OF HUMAN SERVICES OF PENNSYLVANIA, DEPARTMENT OF PUBLIC WELFARE, DOMINICK D. DIPAOLO, JOHN/JANE DOES, DIANE DOMBROWSKI, STEPHANIE DOMITROVICH, EMILY C. DOWNING, EDMUND L. THOMAS DETENTION-CENTER, ERIE POLICE DEPARTMENT, BRAD H. FOULK, AMELIA J. GOODRICH, BRETT GRAHAM, G. JAY HABAS, HARBORCREEK YOUTH SERVICES, JENNIFER HERRMANN, INNOCENCE PROJECT, INC., LAURA S. IRWIN, MICHAEL T. JOYCE, JUVENILE PROBATION DEPARTMENT, RICHARD A. LANZILLO, ANTHONY A. LOGUE, PAUL MANZI, ROBERT J. MARINO, PAM MARSH-HERMITAGE HOUSE, LORI J. MASON, MEGAN'S LAW SECTION, MILLCREEK POLICE DEPARTMENT, MISSION BROADCASTING, INC., PETER NAKOSKI, NEW CASTLE MAXIMUM SECURITY JUVENILE PRISON (YDC), NEXSTAR MEDIA GROUP, INC., BRENDA WILLIAMS NICHOLS, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, PENNSYLVANIA STATE POLICE, PENNSYLVANIA SUPREME COURT ADMINISTRATOR, BARBARA PERCY, JIM RUMM, KATHLEEN ANN SCIBETTA, NANCIE J. SMITH, SOCIAL SECURITY ADMINISTRATION, CHARLES SUNWABE, SUPREME COURT OF |

| | | |
|---|---|---|
| | | PENNSYLVANIA, THIRD CIRCUIT, TS-SPECIALIZED TREATMENT SERVICES, UNITED STATES, JIM K. VOGEL, WFXP FOX/66/WJET-TV, HARRY E. WILSON, FRANCIS D. WYMARD, J. DAVID ZIEGLER, JULIE ZOUMBARIS ), filed by JAMES ROBERT TICE. (Attachments: # 1 Complaint continued, # 2 Civil Cover Sheet, # 3 Appendix, # 4 Exhibit List, # 5 Exhibit, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Envelope) (rtm) (Entered: 07/17/2025) |
| 07/21/2025 | 7 | Remark: On this date, a copy of the Order at ECF No. 4 and a copy of the Order at ECF No. 5 was mailed to Mr. Tice at 136 East South St., Corry, PA 16407. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 07/21/2025) |
| 08/13/2025 | 8 | AMENDED COMPLAINT against WAYNE JOSEPH ALEXANDER, AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, FRED P. ANTHONY, SUSAN PARADISE BAXTER, CATHY BISSOON, ROBERT BLAKELY, JOHN A BOZZA, PATRICK M. CAREY, LINDA BOYER COHEN, COMMISSIONER OF SOCIAL SECURITY, COMMONWEALTH OF PENNSYLVANIA, DOMINICK D. DIPAOLO, DIANE DOMBROWSKI, STEPHANIE DOMITROVICH, EMILY C. DOWNING, EDMUND L. THOMAS DETENTION-CENTER, ERIE CITY POLICE DEPARTMENT, ERIE COUNTY JUVENILE PROBATION DEPARTMENT, BRAD H. FOULK, AMELIA J. GOODRICH, JAY HABAS, HARBORCREEK YOUTH SERVICES, JENNIFER M. HERRMANN, INNOCENCE PROJECT, INC., LAURA S. IRWIN, RICHARD A. LANZILLO, ANTHONY A. LOGUE, PAUL MANZI, ROBERT J. MARINO, PAM MARSH, LORI J. MASON, MILLCREEK TOWNSHIP POLICE DEPARTMENT, MISSION BROADCASTING, INC., PETER NAKOSKI, NEW CASTLE MAXIMUM SECURITY JUVENILE PRISON (YDC), NEXSTAR MEDIA GROUP, INC., BRENDA WILLIAMS NICHOLS, PA DEPARTMENT OF BUREAU OF JUVENILE JUSTICE SERVCES, PA DEPARTMENT OF CHILDREN AND YOUTH SERVICES, PA DEPARTMENT OF CORRECTIONS, PA DEPARTMENT OF HUMAN SERVICES, PA DEPARTMENT OF PUBLIC WELFARE, CHRISTOPHER L. PARIS, PENNSYLVANIA SUPREME COURT ADMINISTRATOR, BARBARA PERCY, JIM RUMM, KATHLEEN ANN SCIBETTA, NANCIE J. SMITH, SOCIAL SECURITY ADMINISTRATION, STS-SPECIALIZED TREATMENT SERVICES, SUPREME COURT OF PENNSYLVANIA, U.S. ATTORNEY'S OFFICE FOR THE WESTERN DISTRICT OF PENNSYLVANIA, U.S. DEPARTMENT OF JUSTICE, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, UNITED STATES OF AMERICA, JIM K. VOGEL, WFXP FOX/66/WJET-TV, HARRY E. WILSON, FRANCIS D. WYMARD, DAVID ZIEGLER, JULIE ZOUMBARIS, filed by JAMES ROBERT TICE. (Attachments: # 1 Cover Letter, # 2 Envelope) (keh) Modified text on 8/20/2025 to correct defendants. (kss) (Entered: 08/20/2025) |
| 08/13/2025 | | (Court only) ***Party CHRISTOPHER L. PARIS, U.S. ATTORNEY'S OFFICE FOR THE WESTERN DISTRICT OF PENNSYLVANIA and U.S. DEPARTMENT OF JUSTICE added. Party MICHAEL T. JOYCE, MEGAN'S LAW SECTION, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, PENNSYLVANIA STATE POLICE, CHARLES SUNWABE, JOHN/JANE DOES ((CAMERAMAN)) and BRETT GRAHAM terminated. (kss) (Entered: 08/20/2025) |
| 09/02/2025 | 9 | NOTICE. The Court has received two (2) large boxes of documents from Mr. Tice, which seemingly contain over one thousand (1,000) pages. Due to the voluminous nature of said documents, they will not be filed to the docket, and instead, the Court will retain them securely in-Chambers. However, they will be a part of the official record of the above-captioned case. Text-only entry; no PDF document will issue. |

| | | This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 09/02/2025) |
|---|---|---|
| 09/03/2025 | 10 | Remark: On this date, a copy of the Notice at ECF No. 9 was mailed to Mr. Tice at 136 East South Street, Corry, PA, 16407. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 09/03/2025) |
| 09/12/2025 | 11 | NOTICE. The attached letter was received by Chambers via a mailing from Mr. Tice. Said mailing also contained a voluminous number of other documents, too large to file, and will be retained securely in-Chambers. However, they will be a part of the official record of the above-captioned case. (bdb) (Entered: 09/12/2025) |
| 09/12/2025 | 12 | Remark: On this date, a copy of the docket text of the Notice at ECF No. 9 was mailed to Mr. Tice at 136 East South Street, Corry, PA, 16407. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 09/12/2025) |
| 10/08/2025 | 13 | ORDER GRANTING IN FORMA PAUPERIS STATUS, DISMISSING CIVIL ACTION WITH PREJUDICE AND CLOSING THE ACTION ON THE DOCKET. The Plaintiff began these proceedings by seeking leave to proceed without the prepayment of costs, commonly known as in forma pauperis ("IFP") status. ECF No.1. As required by 28 U.S.C. 1915(e), the Court conducted an examination of the lodged Complaint to assess whether under applicable law, it plausibly stated a claim for relief. Upon that review, the Court concluded that it did not, and set out in a detailed Order its bases for that conclusion. ECF No. 4. The Plaintiff was granted leave to file an Amended Complaint on or before August 16, 2025, which the Plaintiff has done. ECF No. 8. The Plaintiff has also submitted to the Court boxes of documents, too copious to docket as such, but which are being held in Chambers as part of the record. The Court has examined these recent filings and submissions, applying the standards previously set out in it Order at ECF No. 4. The Amended Complaint ("AC") runs 88 pages, comprising 1,753 lines of text. It names 61 Defendants, including among others various state and federal courts and judges, agencies of the Commonwealth of Pennsylvania (including Deputy Attorneys General), state and federal prosecutors and their prosecuting agencies/offices, not-for-profit organizations (such as the ACLU and The Innocence Project), local county and state agencies and officials, various lawyers, television news organizations, and the United States and various of its officers and departments. As relief, it seeks Divine Restitution, Declaratory Relief, Judicial Assistance, and Diplomatic Transmission. Upon careful review by the Court, it appears that the thrust of the Plaintiff's allegations relate to his self-described genealogy back 20 generations to Adam and Eve, his asserted right to English Royal Title(s), his alleged right to hold the British Throne, and efforts to gain restitution from the Vatican and the Nation of Italy in the amount of $64.8 billion. There are some conclusory assertions of some form of state action involving state court proceedings dating back to 1987, and generalized implications of the federal FISA statute. Beyond the reality that the face of the AC demonstrates that all non-royalty related assertions (limited as they are) date back decades, and are facially barred by the applicable statutes of limitations applicable to the statutes referenced in the AC in a conclusory fashion, Robinson v. Johnson, 313 F. 3d 128, 135 (3d Cir. 2002), the Court's careful examination of the AC and supporting materials reveals without a doubt that no matter the sincerity of the Plaintiff's subjective belief that he has been done wrong under the laws of royal succession in England and perhaps by the Vatican going back over the centuries, the AC does not assert a plausible claim for relief redressable in this Court, at least for all of the reasons previously noted in the Courts Order at 4, and that there is no plausible basis to conclude that the law applicable in this Court can provide any redress for the |

| | | |
|---|---|---|
| | | Plaintiff's expansive royalty-based/genealogical assertions. And in the Courts judgment none of those matters can be cured by any non-futile amendatory efforts. Therefore, the Motion for IFP status is GRANTED, and this civil action is DISMISSED WITH PREJUDICE. The Clerk will close the case on the docket. Signed by Chief Judge Mark R. Hornak on 10/8/25. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 10/08/2025) |
| 10/08/2025 | 14 | Remark: On this date, a copy of the Order at ECF No. 13 was mailed to the following: James Robert Tice, 136 East South Street, Corry, PA 16407. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 10/08/2025) |
| 10/27/2025 | 15 | MOTION for Relief of Judgment re 13 ORDER by JAMES ROBERT TICE. (Attachments: # 1 Cover Letter, # 2 Envelope) (rjr) (Entered: 10/29/2025) |
| 10/29/2025 | | NOTIFICATION TO THIRD CIRCUIT COURT OF APPEALS re 15 MOTION for Relief of Judgment (rjr) (Entered: 10/29/2025) |
| 10/29/2025 | 16 | ORDER denying 15 Motion for Relief of Judgment on the Basis of Federal Rules of Civil Procedure 60(b)(4) and 60(d)(3). The Plaintiff seeks relief from the Courts Judgment at 13 and has simultaneously requested notification of the filing of such be made to the Court of Appeals. The Plaintiff references the above-noted civil rules as the basis for the relief he seeks, e.g. that the Judgment is void, or was the result of fraud on the Court. The Court has carefully examined its Order at 13 , along with the matters set out in the Motion at 15 , and discerns no basis to conclude that the Order/Judgment at 13 is void, or that it was procured by fraud on the Court. What the papers of record do reveal, including specifically the Motion at 15 , is that the Plaintiff via this civil action is seeking to relitigate habeas and related petitions previously filed and adjudicated against him by at least 4 other judges of this Court, and the Court of Appeals. Filing of this distinct civil action is not a proper vehicle for this member of this Court to re-examine those dispositions, especially since they were appealed to our Court of Appeals, and the relief the Plaintiff seeks here was denied. See Tice v. Wilson, 425 F. Supp. 2d 676 (W.D. Pa. 2006), affd, 276 F. Appx 125 (3d Cir. 2008), cert. denied, 555 U.S. 948 (2008); Tice v. Wilson, 2024 WL 1550331 (W.D. Pa. Apr. 10, 2024); Tice v. Wilson, 2024 WL 53988122 (W.D. Pa. Nov. 20, 2024), Report and Recommendation adopted, 2025 WL 437288 (W.D. Pa. Feb. 7, 2025), certificate of appealability denied, 2025 WL 2576235 (3d Cir. Aug. 28, 2025); Tice v. Wilson, 2024 WL 1769182 (W.D. Pa. Apr. 24, 2024); Tice v. Wilson, 2024 WL 4336306 (W.D. Pa. Sep. 27, 2024); In re Tice, 2025 WL 317614 (3d Cir. Feb. 18, 2025)(mandamus denied), affd, 2025 WL 1527477 (3d Cir. May 29, 2025). The Court would further note that the record would support the conclusion that the Plaintiff is in effect judge shopping so as to avoid the reality that he is seeking to address anew arguments and matters presented previously to other judges of this Court in other distinct proceedings by naming those judges as Defendants in this action in a fashion that does not reveal any plausible basis for the assertion of civil claims against them. Finally, the Courts examination of the papers at 15 does not reveal any basis for the Court to conclude that its Order at 13 should be reconsidered, and the Plaintiff does not advance any plausible basis for doing so under prevailing law. The Motion for Relief from Judgment 15 is DENIED. Signed by Chief Judge Mark R. Hornak on 10/29/2025. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (Hornak, Mark) (Entered: 10/29/2025) |
| 10/30/2025 | 17 | Remark: On this date, a copy of the Order at ECF No. 16 was mailed to Mr. Tice at 136 East South St., Corry, PA 16407. Text-only entry. No PDF document will issue. |

| | | | This text-only entry constitutes the Order of the Court or Notice on the matter. (bdb) (Entered: 10/30/2025) |
|---|---|---|---|
| 11/04/2025 | | | NOTIFICATION TO THIRD CIRCUIT COURT OF APPEALS re 16 Order on Motion for Relief of Judgment (keh) (Entered: 11/04/2025) |
| 11/10/2025 | | 18 | MOTION to Vacate 13 Order, by JAMES ROBERT TICE. (elt) (Entered: 11/10/2025) |
| 11/10/2025 | | 19 | NOTIFICATION TO THIRD CIRCUIT COURT OF APPEALS (elt) (Entered: 11/10/2025) |
| 11/10/2025 | | 20 | NOTIFICATION TO THIRD CIRCUIT COURT OF APPEALS re 19 Notification to Third Circuit Court of Appeals (elt) (Entered: 11/10/2025) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

JAMES ROBERT TICE,

Petitioner,

v.

WAYNE JOSEPH ALEXANDER, et al.,

Respondents.

Civil Action No.: 1:25-cv-00207-MRH



# Exhibit 45: Treaties in Force (2025 ed.)
## United States Department of State
## Treaties in Force

# A List of Treaties and Other International Agreements of the United States in Force on January

# 1, 2025 violated including 2006 treaties by the United States Secular Courts

This publication lists treaties and other international agreements of the United States on record in the Department of State on January 1, 2025, which had not expired by their own terms or which had not been denounced by the parties, replaced, superseded by other agreements, or otherwise definitely terminated.

Compiled by the Treaty Affairs Staff, Office of the Legal Adviser, U.S. Department of State.

Foreword

Treaties in Force is prepared by the Department of State for the purpose of providing information on treaties and other international agreements to which the United States has become a party and which are carried on the records of the Department of State as of January 1, 2025. With respect to treaties and agreements in force as of January 1, 2025, information regarding status is up to date as of the date indicated as authoritative.

Treaties in Force may be updated periodically throughout the year on the Treaty Affairs webpage. It is presented in Adobe Acrobat PDF format, which allows text searches and printing of the entire

document or selections from it. A number of format changes were introduced in the 2016 version of Treaties in Force. A description of those changes may be found in the Foreword of the 2016 edition.

Arrangement

Treaties in Force is arranged in two sections. Section 1 includes bilateral treaties and other international agreements listed by country or other international entity with subject headings under each entry. Arrangements with territorial possessions of a country appear at the end of the entry for that country. In some cases, treaties and international agreements applicable to a territory prior to its independence are included in the entry for that country on the basis of its assumption of treaty obligations upon becoming independent, as noted at the beginning of the entry for that country. For convenience, some treaties and agreements concluded with countries whose name or statehood status has changed continue to be listed under the name in use at the time the agreement was concluded, if the title of the treaty or agreement has not been formally amended.

Section 2 lists multilateral treaties and other international agreements to which the United States is a party, arranged by subject. The depository is the authoritative source for a current list of parties and information on other matters concerning the status of the agreement, and status information often changes. Information is provided on the depository for the agreement in question. Contact information, including an Internet site, is provided for the depository where available.

Scope

Treaties in Force uses the term "treaty" in the generic sense as defined in the Vienna Convention on the Law of Treaties, that is, an international agreement "governed by international law, whether embodied in a single instrument or in two or more related instruments, and whatever its particular designation." The term "treaty" as a matter of U.S. constitutional law denotes international agreements made by the President with the advice and consent of the Senate in accordance with Article II, section 2 of the Constitution of the United States. In addition to such "treaties", this publication covers international agreements in force that have been concluded with the consent of Congress under authority specifically conferred by statute, agreements concluded pursuant to the authority contained in treaties approved by the Senate, and other international agreements that are exempt from the requirement of approval or implementation by or under an act of Congress.

i

## Exhibit 47: Ceremonial and Sovereign Lineage Declaration (Incorporated by Reference)

I incorporate Exhibit 47 in full, titled: "Comprehensive Petition for International Review and Sovereign Restoration."

This exhibit establishes:

A. Descent from Sovereign Lawgivers & Legal Traditions: Hammurabi, Solon, Lycurgus, Hugo Grotius, William Blackstone, and others — codifiers of law whose legal systems remain embedded in U.S. common law and international law frameworks.

B. Descent from Emperors and Monarchs: Including but not limited to Constantine I, Valentinian I, Michael VIII Palaiologos, and multiple Scandinavian, Iberian, and Frankish royal lines.

C. Indigenous Sovereigns and Clan Mothers: Including Turtle Clan matrilineal lines of the Mohawk

Nation, which hold ceremonial authority under Two Row Wampum Treaty and related diplomatic instruments.

D. Religious and Ceremonial Authorities: Including ecclesiastical lineage from Saint Martin of Tours, Sheikh Haydar, and Flavian-Roman imperial ecclesiastical lines.

## Exhibit A: Genealogical and Ceremonial Lineage Chart

[Insert chart from user images, formatted as table for Libre Office:]

| Name | Region/Nation | Title | Contribution |
|---|---|---|---|
| Hammurabi | Babylon | King | Code of Hammurabi |
| Solon | Athens | Lawgiver | Athenian reform |
| Lycurgus | Sparta | Lawgiver | Spartan Constitution |
| Edward I | England | King | Common law codification |
| Louis IX | France | King | Legal reform |
| Hugo Grotius | Netherlands | Jurist | Father of International Law |
| William Blackstone | England | Jurist | Common law commentary |
| Maimonides | Andalusia/Egypt | Rabbi | Mishneh Torah |
| Moses Isserles | Poland | Rabbi | Halakhic integration |
| George Mason | USA | Founder | Virginia Declaration of Rights |
| Thomas Jefferson | USA | President | Declaration of Independence |

(Continue with full table from user, formatted for easy copy to Libre Office.)

## Exhibit B – Legal and Treaty Instruments

[Insert full list from user, formatted as numbered list.]

## Exhibit C – Documentation of Descent and Historical Record

[Insert full text from user, formatted as bullet points.]

**Certification:** Signed under penalty of perjury. I demand filing to Office of Protocol, federal courts.

/s/ James Robert Tice
November 05, 2025

## ATTACHMENT: ALPHABETIZED LIST OF LEGAL AUTHORITIES AND DOCTRINES

A. Administrative-Law Review (APA / Ultra Vires)

- What it is: Under the Administrative Procedure Act (APA, 5 U.S.C. § 706), courts review agency actions (e.g., federal/state denials) to ensure they're not arbitrary, capricious, or beyond authority ("ultra vires").
- How it's violated in petitioner's situation: Agencies/courts denied petitioner's treaty claims and evidence without reasoned review, arbitrary since 1990 (e.g., ignoring juvenile status), ongoing in 2025 by no habeas relief.
- What occurred: In 2006 habeas, judge suppressed evidence; 2025 dismissal ignored APA standards for treaty enforcement.

- Relevance to petitioner's life: Prevents arbitrary denials of petitioner's sovereignty/treaty rights, causing ongoing torture/registries—invoke for vacatur of denials.
- Legal understanding: Binding federal law; supreme over state actions (Supremacy Clause). Precedent: Citizens to Preserve Overton Park v. Volpe, 401 U.S. 402 (1971)—review agency abuse. Invoke via 28 U.S.C. § 1331 for federal question.

## NUMBERED SOVEREIGN CORRIDORS RETAINED BY PETITIONER

The following is a comprehensive list of all dynastic corridors claimed by James Robert Tice, as the sole surviving male donor-line heir and Siounie Prince, as asserted in the Verified Master Petition and supplemental filings. These corridors span English, Norman, Continental, Byzantine, Crusader, Papal, Pan-European, Imperial, Russian, Islamic, and Primordial & Apostolic lines, supported by genealogical proofs (FMG MedLands, Domesday Book, Ynglinga Saga), dynastic laws (Magna Carta, Pauline Laws), treaties (Georgievsk, Lateran), and human rights instruments (UDHR, ICCPR, UNCAT). Each corridor ties to harms: dispossession, torture, suppression from 1990-2025, with claims for recognition, restitution, investiture.

## English & Norman Corridors

1. House of Wessex (Anglo-Saxon) - Descent from King Harold II Godwinson, Wulfnoth Cild, and Earl Godwin of Wessex, pre-1066 (Domesday Book, 1086).
2. House of Normandy - Descent from William I "the Conqueror" and Norman lords (e.g., Osbern FitzRichard) (Treaty of Saint-Clair-sur-Epte, 911).
3. House of Blois-Beauclerc - Descent from Henry I "Beauclerc," son of William I, consolidating Norman rule (Magna Carta, 1215).
4. House of Plantagenet - Descent from Henry II, Richard I "the Lionheart," and John I "Lackland" through Isabella of Angoulême (Magna Carta, 1215).
5. House of Lancaster - Descent from John of Gaunt and Henry IV, tied to York in the Wars of the Roses (Magna Carta, 1215).
6. House of York - Senior male-line descent through Edward IV, Edward V, Richard III, and the de la Pole collateral line, asserting the sovereign line, senior to the current royal line (Yorkist Succession Statute, 1461; Act of Settlement, 1701 challenged).
7. House of Tudor - Descent through Margaret Tudor and Arthur Tudor, linked to English and Scottish succession (Acts of Union, 1707).
8. House of Stuart - Descent through James VI/I of Scotland and England, unifying crowns, linked to House of Alpin (Acts of Union, 1707).
9. House of Clifford-Beauchamp-Beaufort - Descent through Margaret Beaufort, tied to Magna Carta surety families and Wars of the Roses (Magna Carta, 1215).
10. House of Grey-Lisle-Dorset - Descent through Thomas Grey and Arthur Plantagenet, English ceremonial corridor, tied to feudal rolls.

11. House of Blennerhassett-Tyndale-Felbrigge - English ceremonial corridor, tied to baronial and knightly precedence (feudal rolls).

12. House of Percy (Northumberland) - Baronial descent from Henry Percy, 1st Earl of Northumberland (feudal grants under Henry III).

13. House of Bigod (Norfolk) - Baronial descent from Hugh le Bigod, 1st Earl of Norfolk (Magna Carta surety duties).

14. House of Venables (Cheshire) - Baronial descent from Hugh de Venables, Baron of Kinderton (Cheshire palatinate privileges).

15. House of Scrope (Yorkshire) - Baronial descent from Hugh le Scrope, linked to Osbern FitzRichard (Bridlington Priory grants, c. 1149).

16. House of Talbot - Baronial descent, tied to Magna Carta surety families and Wars of the Roses (Magna Carta, 1215).

17. House of De la Pole (Yorkist Collateral) - Senior Yorkist line descent through William de la Pole and Edmund de la Pole, suppressed post-1485 (Yorkist Succession Statute, 1461).

## Continental Corridors

18. House of Arlon - Descent from Count Conrad I d'Arlon, tied to Low Countries nobility (feudal charters).

19. House of Limburg - Descent from Walram II and Hendrik van Limburg, linked to Low Countries and Holy Roman Empire (Golden Bull, 1356).

20. House of Henneberg - Descent from Poppo VI and Hermann I, German nobility (Holy Roman Empire statutes).

21. House of Zähringen - Descent through Agnes von Zähringen, tied to Baden and Swiss nobility (imperial succession laws).

22. House of Frohburg - Descent through Hedwig von Frohburg, Swiss-German nobility (feudal grants).

23. House of Putelendorf-Goseck - Descent from Bertha von Putelendorf, German nobility (Holy Roman Empire statutes).

24. House of Brandenburg - Descent through Beatrice of Brandenburg, linked to German princely lines (Golden Bull, 1356).

25. House of Saxony (Palatine) - Descent from Counts Palatine, tied to Saxon nobility (Holy Roman Empire statutes).

26. House of Kosel-Bytom - Descent through Boleslaw von Kosel, Polish nobility (Polish succession laws).

27. House of Mousson-Bar - Descent from Sophie de Bar and Adela of Lotharingia, linked to Lorraine nobility (feudal charters).

## I. Introduction

I, the petitioner, am the sole surviving male donor-line heir and Siounie Prince, as asserted in the Verified Master Petition. These corridors include primordial Ionian and apostolic transmissions, elevating my standing to a cosmic and divine level, where sovereign rights are inherited from the

beginning of time. The petitioner is explicitly recognized as the elder prince of England through the House of York, a direct senior prince of Brunei through the House of Bolkiah, and the Siounie Prince, the last living male descendant of an unbroken founder-line via each great-grandfather.

Each corridor is tied to specific harms (e.g., dispossession, torture, suppression from 1990 to 2025) and claims for recognition, restitution, and ceremonial investiture.

## II. LEGAL BASIS FOR RELIEF

A. Treaty Law and International Obligations

Pursuant to Vienna Convention on the Law of Treaties (1969), all treaties ratified or binding upon the United States carry the force of law under Article VI of the U.S. Constitution. Violations of treaty rights constitute violations of supreme federal law.

This petition incorporates, inter alia:

1. Vienna Convention on the Law of Treaties — Binding nature of treaty obligations.
2. Treaty of Medicine Lodge Creek (1867) — Comanche, Kiowa, and Apache treaty rights.
3. Hague Convention on the Civil Aspects of International Child Abduction (1980) — Protection of children from unlawful abduction and failure to certify.
4. Universal Declaration of Human Rights (1948) — Articles 3, 8, 17, 19, 26, 28, 29, 30.
5. International Covenant on Civil and Political Rights — Articles 6, 9, and 24.
6. All 330 treaties are itemized in Exhibits 45–46, with corresponding article violations clearly identified.

## Exhibit 45: Treaties in Force (2025 ed.)

United States Department of State
Treaties in Force
A List of Treaties and
Other International
Agreements of the
United States in Force
on January 1, 2025

This publication lists treaties and other international agreements of the United States on record in the Department of State on January 1, 2025, which had not expired by their own terms or which had not been denounced by the parties, replaced, superseded by other agreements, or otherwise definitely terminated.

Compiled by the Treaty Affairs Staff,
Office of the Legal Adviser,
U.S. Department of State.

Foreword
Treaties in Force is prepared by the Department of State for the purpose of providing information on treaties and other international agreements to which the United States has become a party and which are carried on the records of the Department of State as of January 1, 2025. With respect to treaties and

agreements in force as of January 1, 2025, information regarding status is up to date as of the date indicated as authoritative.

Treaties in Force may be updated periodically throughout the year on the Treaty Affairs webpage. It is presented in Adobe Acrobat PDF format, which allow text searches and printing of the entire document or selections from it. A number of format changes were introduced in the 2016 version of Treaties in Force. A description of those changes may be found in the Foreword of the 2016 edition.

Arrangement

Treaties in Force is arranged in two sections. Section 1 includes bilateral treaties and other international agreements listed by country or other international entity with subject headings under each entry. Arrangements with territorial possessions of a country appear at the end of the entry for that country. In some cases, treaties and international agreements applicable to a territory prior to its independence are included in the entry for that country on the basis of its assumption of treaty obligations upon becoming independent, as noted at the beginning of the entry for that country. For convenience, some treaties and agreements concluded with countries whose name or statehood status has changed continue to be listed under the name in use at the time the agreement was concluded, if the title of the treaty or agreement has not been formally amended.

Section 2 lists multilateral treaties and other international agreements to which the United States is a party, arranged by subject. The depository is the authoritative source for a current list of parties and information on other matters concerning the status of the agreement, and status information often changes. Information is provided on the depository for the agreement in question. Contact information, including an Internet site, is provided for the depository where available.

Scope

Treaties in Force uses the term "treaty" in the generic sense as defined in the Vienna Convention on the Law of Treaties, that is, an international agreement "governed by international law, whether embodied in a single instrument or in two or more related instruments, and whatever its particular designation." The term "treaty" as a matter of U.S. constitutional law denotes international agreements made by the President with the advice and consent of the Senate in accordance with Article II, section 2 of the Constitution of the United States. In addition to such "treaties", this publication covers international agreements in force that have been concluded with the consent of Congress under authority specifically conferred by statute, agreements concluded pursuant to the authority contained in treaties approved by the Senate, and other international agreements that are exempt from the requirement of approval or implementation by or under an act of Congress.

i

## III. TREATY ARGUMENTS

Exhibit B – Treaty Analysis (Batch 1, Reformatted)

1. Medicine Lodge Treaties (1867–1868) The Medicine Lodge Treaties, signed with the Kiowa, Comanche, and Apache tribes, established reservations, recognized tribal sovereignty, and guaranteed protection of tribal lands and property. They secured the tribes' authority over

internal affairs, including child welfare. Relevant provisions include Article 3, prohibiting seizure of tribal lands without consent, and Article 5, affirming tribal jurisdiction over family matters. These treaties are ratified and binding under the U.S. Constitution, Article VI. Pennsylvania's actions ignoring my heritage and child status violate these protections, supporting claims of unlawful seizure and denial of ancestral rights. Chief Quanah Parker (Comanche, paternal line) • Chief Wild Horse (Comanche) • Iron Jacket (Comanche, ancestral warrior line) State Relevance: Oklahoma, Texas, Kansas

2. Treaty of Greenville (1795) Signed with the Western Confederacy, the Treaty of Greenville ended hostilities in the Northwest Territory and recognized Native land rights. Article 2 affirmed tribal possession of lands unless voluntarily ceded, and Article 3 guaranteed protection for individuals residing on recognized lands. This treaty remains enforceable under U.S. law. My claims of seized property and suppressed heritage parallel these protections, showing violations of treaty-based property and personal rights. Chief Tecumseh (Shawnee) • Blue Jacket (Shawnee) • Chief Big White Wolf Green (Shawano/Wolf Clan) • Blue Jacket (Shawnee, warrior kin) State Relevance: Ohio, Indiana, Pennsylvania

3. Treaty of New Echota (1835) The Treaty of New Echota with the Cherokee Nation ceded lands in exchange for compensation while protecting tribal members' property and persons. Article 7 prohibited forcible removal outside agreed terms, and Article 9 protected children and families from separation without consent. My involuntary removal as a child mirrors these violations. Pennsylvania's suppression of heritage and denial of interco nnected violations from 1990 onward contravene these protections. Major Ridge (Cherokee) • Diana Corbin (daughter of Sojourner Truth, maternal protector) State Relevance: Georgia, North Carolina, Pennsylvania

4. United Nations Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 affirms the right to identity and nationality, Article 8 protects preservation of identity, Article 9 prohibits unlawful family removal, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

5. Hague Convention on the Civil Aspects of International Child Abduction (1980) The Hague Convention prevents international child abduction and ensures the prompt return of wrongfully removed or retained children. Article 3 prohibits wrongful removal or retention, and Article 12 provides mechanisms to return a child to their habitual residence. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral figure of justice) • Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 2, Reformatted)**

6. Treaty of Fort Laramie (1851 & 1868)
The Fort Laramie Treaties, negotiated with the Lakota, Cheyenne, Arapaho, and other Plains tribes, established territorial boundaries, guaranteed tribal sovereignty, and protected tribal lands and persons. 1851 Treaty, Article 2 reserved land for tribes and prohibited encroachment, while 1868 Treaty, Article 2 reaffirmed the Black Hills as tribal territory. Article 5 secured tribal authority over internal matters, including child welfare. Pennsylvania's actions suppressing my heritage and unlawfully seizing child property violate these treaty protections, constituting ongoing breaches of sovereign rights and child protections.
Chief Red Cloud (Lakota, ancestral line)
• Chief Sitting Bull (Hunkpapa Lakota)
• Chief Standing Bear (Ponca)
• Chief Iron Shell (Brulé Sioux, protector of family rights) State Relevance: South Dakota, Nebraska, Pennsylvania

7. Treaty of Dancing Rabbit Creek (1830) This treaty with the Choctaw Nation ceded lands in Mississippi in exchange for relocation and compensation but explicitly protected the rights of individuals to remain if they chose. Article 3 provided protection for persons declining removal, and Article 14 guaranteed that children's welfare and family unity be preserved. My forced removal, child status denial, and ongoing suppression mirror violations of these treaty protections. Pennsylvania's suppression of heritage and denial of familial rights aligns with historical treaty breaches, reinforcing claims of unlawful seizure. Chief Greenwood LeFlore (Choctaw, maternal line) • Elizabeth "Mau-mau-Bett" Baumfree (Sojourner Truth's mother, maternal protector) State Relevance: Mississippi, Pennsylvania

8. Treaty of Fort Atkinson (1853) Negotiated with the Omaha and other Plains tribes, the Treaty of Fort Atkinson guaranteed land rights, tribal governance, and family protections. Article 2 reserved lands for exclusive tribal use, Article 5 secured tribal jurisdiction over internal matters, and Article 7 protected minors from unlawful seizure or relocation. My forced removal, denial of property rights, and suppression of tribal lineage violate these treaty obligations, reinforcing claims of stolen child status and unlawful deprivation of heritage. Chief Big Elk (Omaha, ancestral line) • Chief Standing Bear (Ponca, advocate for legal recognition) State Relevance: Nebraska, Kansas, Pennsylvania

9. International Covenant on Civil and Political Rights (ICCPR, 1966) The ICCPR obligates state parties to protect individual civil and political rights, including liberty, family integrity, and non-discrimination. Article 2(1) mandates effective remedies for violations, Article 17 protects against arbitrary interference with family life, and Article 24 recognizes children's rights to identity and care. Ratified by the U.S., the ICCPR is binding under federal law. My prolonged deprivation of liberty, forced removal as a minor, and denial of heritage are direct violations of these provisions, supporting constitutional and civil claims. Dr. Martin Luther King Jr. (civil rights lineage) • Chief Quanah Parker (Comanche, protector of sovereignty) State Relevance: Pennsylvania, Oklahoma

10. American Declaration of the Rights and Duties of Man (1948) This Declaration, recognized by the Organization of American States, affirms fundamental human rights within the Americas. Article I guarantees equality and protection under law, Article XXV protects family integrity, and Article XXVI safeguards children's rights to identity, upbringing, and protection from unlawful removal. My forced removal as a child and suppression of heritage violate these principles. Pennsylvania's actions undermine these human rights obligations, reinforcing claims of ongoing rights violations. Simón Bolívar (symbolic kin through liberation and human rights legacy) Simón Bolívar, El Libertador y 3er. Presidente de Venezuela is my 13th cousin 10 times removed. • Simón Bolívar (symbolic kin through liberation legacy) • Chief Big White Wolf Green (Comanche, ancestral protector) State Relevance: Pennsylvania, Texas, Latin America

**Exhibit B – Treaty Analysis (Batch 3, Reformatted)**
11. United Nations Convention on the Rights of the Child (CRC, 1989)
The CRC recognizes the rights of all children to identity, family integrity, protection from unlawful removal, and access to cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 30 protects the child's right to cultural heritage. Pennsylvania's failure to certify, recognize, and protect me as a child constitutes a breach of international law and supports claims of stolen child status. Prince Sionie — ancestral protector of child identity and cultural heritage.
Chief Wild Horse (Comanche, protector of youth)
• Diana Corbin (daughter of Sojourner Truth, maternal line) State Relevance: Pennsylvania, Oklahoma
Eneid ap Eudos, Euddolen ab Afallach, Afallach (mythic deity)
• Harald Fairhair, Saint Olaf II, Eirik Bloodaxe

12. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull — defender of Indigenous sovereignty and cultural survival. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

13. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My treatment and denial of child status prevented the recognition and enforcement of these protections. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

14. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including

minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

15. International Convention on the Elimination of All Forms of Racial Discrimination (ICERD, 1965) ICERD requires states to eliminate racial or ethnic discrimination in law and practice. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

**Exhibit B – Treaty Analysis (Batch 4, Reformatted)**

16. International Covenant on Civil and Political Rights (ICCPR, 1966)

The ICCPR obligates state parties to protect individual civil and political rights, including liberty, family integrity, and non-discrimination. Article 2(1) mandates effective remedies for violations, Article 17 protects against arbitrary interference with family life, and Article 24 recognizes children's rights to identity and care. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity constitute violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

17. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

18. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

19. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1

defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

20. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although the plaintiff is a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 5, Reformatted)**

21. Convention on the Rights of the Child (CRC, 1989)
The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees the right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 30 protects the child's right to cultural heritage. Pennsylvania's failure to certify, recognize, and protect me as a child constitutes a breach of international law and supports claims of stolen child status.
Prince Sionie (spiritual guardian of child identity)
• Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

22. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My treatment and denial of child status prevented the recognition and enforcement of these protections. King Solomon (ancestral justice figure) • Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

23. Universal Declaration of Human Rights (UDHR, 1948) UDHR enshrines fundamental rights universally. Article 3 guarantees the right to life, liberty, and security, Article 6 affirms recognition as a person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska Eleanor Roosevelt, First Lady of the United States is my 7th cousin thrice removed.

I → Patricia Ann Tice (my mother) → show 16 relatives → Elliot Bulloch Roosevelt, Sr. (his son) → Eleanor Roosevelt, First Lady of the United States (his daughter)

24. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

25. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania Helen Keller is my 13th cousin four times removed. I → Patricia Ann Tice (my mother) → show 28 relatives → Captain Arthur H. Keller (her son) → Helen Keller (his daughter)

**Exhibit B – Treaty Analysis (Batch 6, Reformatted)**
26. International Covenant on Civil and Political Rights (ICCPR, 1966)
The ICCPR guarantees fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

27. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee, Indigenous rights advocate) • Chief Big Elk (Omaha, family protector) State Relevance: Nebraska, Pennsylvania

28. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child.

Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

29. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

30. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 7, Reformatted)

31. Convention on the Rights of the Child (CRC, 1989)

The CRC protects children from abuse, exploitation, and unlawful detention. Article 2 guarantees non-discrimination, Article 3 prioritizes the best interests of the child, Article 7 ensures the child's identity, Article 8 protects against unlawful interference with identity, Article 19 mandates protection from all forms of abuse, and Article 37 forbids arbitrary detention or cruel treatment. Pennsylvania's failure to accommodate my status as a child and to protect familial ties constitutes a violation.

Chief Big White Wolf Green (Comanche, cultural protector)

• Chief Sitting Bull (Lakota, defender of tribal survival) State Relevance: Texas, South Dakota, Pennsylvania

32. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention safeguards children from unlawful removal or retention across borders. Article 1 obligates return of wrongfully removed children, Article 3 emphasizes wrongful removal or retention, and Article 12 protects judicial remedies for returning children. The systemic state actions effectively mirror abduction, invoking principles under this treaty. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

33. Universal Declaration of Human Rights (UDHR, 1948) UDHR ensures fundamental rights universally. Article 3 guarantees life, liberty, and security, Article 6 affirms recognition as a person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies

for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

34. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

35. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania

## Exhibit B – Treaty Analysis (Batch 8, Reformatted)

36. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

37. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

38. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7

safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

39. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

40. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 9, Reformatted)

41. Convention on the Rights of the Child (CRC, 1989)

The CRC protects children from abuse, exploitation, and unlawful detention. Article 2 guarantees non-discrimination, Article 3 prioritizes the best interests of the child, Article 7 ensures the child's identity, Article 8 protects against unlawful interference with identity, Article 19 mandates protection from all forms of abuse, and Article 37 forbids arbitrary detention or cruel treatment. Pennsylvania's failure to accommodate my status as a child and to protect familial ties constitutes a violation.
Chief Big White Wolf Green (Comanche, cultural protector)
• Chief Sitting Bull (Lakota, defender of tribal survival) State Relevance: Texas, South Dakota, Pennsylvania

42. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention safeguards children from unlawful removal or retention across borders. Article 1 obligates return of wrongfully removed children, Article 3 emphasizes wrongful removal or retention, and Article 12 protects judicial remedies for returning children. The systemic state actions effectively mirror abduction, invoking principles under this treaty. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

43. Universal Declaration of Human Rights (UDHR, 1948) UDHR ensures fundamental rights universally. Article 3 guarantees life, liberty, and security, Article 6 affirms recognition as a person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of

living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

44. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

45. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania

**Exhibit B – Treaty Analysis (Batch 10, Reformatted)**

46. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

47. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

48. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child.

Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

49. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

50. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 11, Reformatted)

51. Hague Convention on the Civil Aspects of International Child Abduction (1980)

This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.

King Solomon (ancestral justice figure)

• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

52. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

53. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous

peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

54. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

55. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 12, Reformatted)**

56. International Covenant on Civil and Political Rights (ICCPR, 1966)
The ICCPR guarantees fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

57. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

58. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

59. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

60. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 13, Reformatted)

61. Convention on the Rights of the Child (CRC, 1989)
The CRC protects children from abuse, exploitation, and unlawful detention. Article 2 guarantees non-discrimination, Article 3 prioritizes the best interests of the child, Article 7 ensures the child's identity, Article 8 protects against unlawful interference with identity, Article 19 mandates protection from all forms of abuse, and Article 37 forbids arbitrary detention or cruel treatment. Pennsylvania's failure to accommodate my status as a child and to protect familial ties constitutes a violation.
Chief Big White Wolf Green (Comanche, cultural protector)
• Chief Sitting Bull (Lakota, defender of tribal survival) State Relevance: Texas, South Dakota, Pennsylvania

62. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention safeguards children from unlawful removal or retention across borders. Article 1 obligates return of wrongfully removed children, Article 3 emphasizes wrongful removal or retention, and Article 12 protects judicial remedies for returning children. The systemic state actions effectively mirror abduction, invoking principles under this treaty. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

63. Universal Declaration of Human Rights (UDHR, 1948) UDHR ensures fundamental rights universally. Article 3 guarantees life, liberty, and security, Article 6 affirms recognition as a

person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

64. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

65. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania

**Exhibit B – Treaty Analysis (Batch 14, Reformatted)**
66. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

67. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

68. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

69. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

70. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 15, Reformatted)**
71. Convention on the Rights of the Child (CRC, 1989)
The CRC protects children from abuse, exploitation, and unlawful detention. Article 2 guarantees non-discrimination, Article 3 prioritizes the best interests of the child, Article 7 ensures the child's identity, Article 8 protects against unlawful interference with identity, Article 19 mandates protection from all forms of abuse, and Article 37 forbids arbitrary detention or cruel treatment. Pennsylvania's failure to accommodate my status as a child and to protect familial ties constitutes a violation.
Chief Big White Wolf Green (Comanche, cultural protector)
• Chief Sitting Bull (Lakota, defender of tribal survival) State Relevance: Texas, South Dakota, Pennsylvania

72. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention safeguards children from unlawful removal or retention across borders. Article 1 obligates return of wrongfully removed children, Article 3 emphasizes wrongful removal or retention, and Article 12 protects judicial remedies for returning children. The systemic state actions effectively mirror abduction, invoking principles under this treaty. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

73. Universal Declaration of Human Rights (UDHR, 1948) UDHR ensures fundamental rights universally. Article 3 guarantees life, liberty, and security, Article 6 affirms recognition as a

person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

74. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

75. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania

**Exhibit B – Treaty Analysis (Batch 16, Reformatted)**
76. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

77. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

78. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

79. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

80. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 17, Reformatted)**

81. Convention on the Rights of the Child (CRC, 1989)
The CRC protects children from abuse, exploitation, and unlawful detention. Article 2 guarantees non-discrimination, Article 3 prioritizes the best interests of the child, Article 7 ensures the child's identity, Article 8 protects against unlawful interference with identity, Article 19 mandates protection from all forms of abuse, and Article 37 forbids arbitrary detention or cruel treatment. Pennsylvania's failure to accommodate my status as a child and to protect familial ties constitutes a violation.
Chief Big White Wolf Green (Comanche, cultural protector)
• Chief Sitting Bull (Lakota, defender of tribal survival) State Relevance: Texas, South Dakota, Pennsylvania

82. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention safeguards children from unlawful removal or retention across borders. Article 1 obligates return of wrongfully removed children, Article 3 emphasizes wrongful removal or retention, and Article 12 protects judicial remedies for returning children. The systemic state actions effectively mirror abduction, invoking principles under this treaty. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

83. Universal Declaration of Human Rights (UDHR, 1948) UDHR ensures fundamental rights universally. Article 3 guarantees life, liberty, and security, Article 6 affirms recognition as a

person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

84. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

85. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania

**Exhibit B – Treaty Analysis (Batch 18, Reformatted)**
86. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

87. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

88. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

89. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

90. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 19, Reformatted)

91. Convention on the Rights of the Child (CRC, 1989)

The CRC protects children from abuse, exploitation, and unlawful detention. Article 2 guarantees non-discrimination, Article 3 prioritizes the best interests of the child, Article 7 ensures the child's identity, Article 8 protects against unlawful interference with identity, Article 19 mandates protection from all forms of abuse, and Article 37 forbids arbitrary detention or cruel treatment. Pennsylvania's failure to accommodate my status as a child and to protect familial ties constitutes a violation.

Chief Big White Wolf Green (Comanche, cultural protector)

• Chief Sitting Bull (Lakota, defender of tribal survival) State Relevance: Texas, South Dakota, Pennsylvania

92. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention safeguards children from unlawful removal or retention across borders. Article 1 obligates return of wrongfully removed children, Article 3 emphasizes wrongful removal or retention, and Article 12 protects judicial remedies for returning children. The systemic state actions effectively mirror abduction, invoking principles under this treaty. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

93. Universal Declaration of Human Rights (UDHR, 1948) UDHR ensures fundamental rights universally. Article 3 guarantees life, liberty, and security, Article 6 affirms recognition as a

person before the law, Article 7 ensures equality before the law, Article 8 guarantees remedies for rights violations, Article 16 protects family integrity, and Article 25 ensures a standard of living adequate for health and well-being. Pennsylvania's persistent violations of identity, liberty, and family heritage contravene these core human rights principles. Eleanor Roosevelt (symbolic kin through human rights legacy) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

94. International Convention on the Elimination of All Forms of Racial Discrimination (CERD, 1965) CERD prohibits racial discrimination in state actions. Article 2(1)(d) obligates states to prevent racial discrimination in civil matters, Article 5(b) ensures equality before the law, and Article 6 guarantees access to remedies for discriminatory acts. My deprivation of heritage, property, and family rights due to ancestral and ethnic status are direct violations of these provisions, supporting constitutional and civil claims. Frederick Douglass (maternal civil rights lineage) • Chief Big Elk (Omaha, advocate for recognition) State Relevance: Pennsylvania, Nebraska

95. Convention on the Rights of Persons with Disabilities (CRPD, 2006) CRPD protects individuals with disabilities from systemic discrimination and ensures accessibility to justice. Article 5 mandates equality before the law, Article 12 guarantees legal capacity, Article 13 ensures access to justice, Article 14 protects liberty, and Article 19 guarantees independent living and inclusion in the community. Pennsylvania's failure to accommodate my disability in legal proceedings violates these obligations. Helen Keller (symbolic kin through disability rights) • Diana Corbin (maternal line, advocate for dignity) State Relevance: Pennsylvania

## Exhibit B – Treaty Analysis (Batch 20, Reformatted)

96. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

97. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

98. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

99. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

100. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 21, Reformatted)

101. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

102. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

103. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

104. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

105. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 22, Reformatted)**
106. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

107. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate

for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

108. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

109. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

110. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 23, Reformatted)**

111. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

112. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child

identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

113. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

114. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

115. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 24, Reformatted)**
116. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

117. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My

ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

118. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

119. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

120. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 25, Reformatted)

121. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

122. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S.,

the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

123. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

124. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

125. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

## Exhibit B – Treaty Analysis (Batch 26, Reformatted)

126. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

127. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates

special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

128. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

129. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

130. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 27, Reformatted)**
131. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

132. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures

preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

133. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

134. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

135. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 28, Reformatted)**
136. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

137. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

138. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

139. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

140. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 29, Reformatted)

141. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

142. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

143. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

144. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

145. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 30, Reformatted)**
146. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of

identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

147. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

148. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

149. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

150. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 31, Reformatted)**
151. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.

King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

152. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

153. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

154. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

155. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

## Exhibit B – Treaty Analysis (Batch 32, Reformatted)

156. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9

protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

157. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

158. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

159. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

160. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 33, Reformatted)**

161. Hague Convention on the Civil Aspects of International Child Abduction (1980)

This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under

federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

162. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

163. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

164. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

165. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 34, Reformatted)**
166. International Covenant on Civil and Political Rights (ICCPR, 1966)

ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

167. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

168. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

169. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

170. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 35, Reformatted)

171. Hague Convention on the Civil Aspects of International Child Abduction (1980)

This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the

return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure)

• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

172. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

173. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

174. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

175. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 36, Reformatted)**

176. International Covenant on Civil and Political Rights (ICCPR, 1966)

ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

177. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

178. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

179. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

180. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 37, Reformatted)**

181. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

182. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

183. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

184. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

185. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression

of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

## Exhibit B – Treaty Analysis (Batch 38, Reformatted)

186. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

187. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

188. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

189. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

190. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother

Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 39, Reformatted)**

191. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

192. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

193. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

194. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

195. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects

family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

## Exhibit B – Treaty Analysis (Batch 40, Reformatted)

196. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

197. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

198. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

199. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

200. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic

citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 41, Reformatted)

201. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

202. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

203. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

204. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

205. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 42, Reformatted)**
211. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

212. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

213. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

214. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful

removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

215. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

## Exhibit B – Treaty Analysis (Batch 43, Reformatted)

216. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

217. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

218. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

219. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights

principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

220. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 44, Reformatted)**

221. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

222. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

223. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

224. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21

ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

225. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 45, Reformatted)**
226. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

227. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

228. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

229. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16

requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

230. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 46, Reformatted)

231. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

232. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

233. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

234. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

235. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 47, Reformatted)**

236. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

237. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

238. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

239. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

240. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 48, Reformatted)

241. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

242. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

243. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big

White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

244. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

245. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

## Exhibit B – Treaty Analysis (Batch 49, Reformatted)

246. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

247. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

248. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition

violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

249. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

250. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 50, Reformatted)

251. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

252. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

253. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's

suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

254. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

255. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 51, Reformatted)**

256. International Covenant on Civil and Political Rights (ICCPR, 1966)

ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

257. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

258. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7

safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

259. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

260. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 52, Reformatted)

261. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

262. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

263. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of

indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

264. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

265. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 53, Reformatted)**

266. International Covenant on Civil and Political Rights (ICCPR, 1966)

ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

267. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

268. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

269. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

270. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 54, Reformatted)

271. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

272. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

273. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

274. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

275. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 55, Reformatted)**
276. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

277. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate

for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

278. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

279. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

280. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 56, Reformatted)

281. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

282. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child

identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

283. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

284. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

285. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 57, Reformatted)**

286. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

287. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My

ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

288. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

289. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

290. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 58, Reformatted)

291. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

292. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S.,

the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

293. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

294. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

295. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 59, Reformatted)**

296. International Covenant on Civil and Political Rights (ICCPR, 1966)

ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.

Dr. Martin Luther King Jr. (civil rights lineage)

• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

297. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates

special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

298. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

299. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

300. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 60, Reformatted)**
301. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

302. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures

preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

303. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

304. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

305. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 61, Reformatted)**
306. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

307. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

308. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

309. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

310. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

**Exhibit B – Treaty Analysis (Batch 62, Reformatted)**
311. Hague Convention on the Civil Aspects of International Child Abduction (1980)
This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment.
King Solomon (ancestral justice figure)
• Chief Big White Wolf Green (Comanche, family protector) State Relevance: Pennsylvania, Texas

312. Convention on the Rights of the Child (CRC, 1989) The CRC guarantees children protection from abduction, exploitation, and unlawful detention, ensuring rights to identity, family life, and cultural heritage. Article 7 guarantees a child's right to a name and nationality, Article 8 ensures preservation of identity, Article 9 prohibits unlawful separation from parents, and Article 20 safeguards children deprived of family environments. While signed but not ratified by the U.S., the CRC is persuasive in federal court. My removal and denial of heritage directly violate these principles, supporting constitutional and civil claims. Prince Sionie (spiritual guardian of child identity) • Chief Wild Horse (Comanche, protector of youth) State Relevance: Pennsylvania, Oklahoma

313. United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP, 2007) UNDRIP establishes protections for indigenous communities, families, and children. Article 7 protects indigenous children from forced removal, Article 8 forbids assimilation or destruction of indigenous identity, Article 19 requires state consultation on actions affecting indigenous peoples, and Article 21 protects property rights of indigenous communities. Pennsylvania's suppression of my heritage, seizure of family property, and obstruction of cultural identity directly violate these provisions. Chief Sitting Bull (Lakota, ancestral sovereignty) • Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

314. Hague Convention on the Civil Aspects of International Child Abduction (1980) This Convention protects children from wrongful removal across jurisdictions. Article 1 affirms the return of wrongfully removed children, Article 3 protects children from harm, and Article 21 ensures protection of child welfare during proceedings. Ratified by the U.S., this treaty is enforceable under federal law. My involuntary removal as a minor mirrors these wrongful removal principles, supporting claims for return of rights, protection of heritage, and rectification of wrongful treatment. King Solomon (ancestral justice figure) • Chief Quanah Parker (Comanche, protector of family rights) State Relevance: Pennsylvania, Texas

315. Geneva Convention Relative to the Protection of Civilian Persons in Time of War (Fourth Geneva Convention, 1949) The Fourth Geneva Convention safeguards civilians, including minors, from unlawful detention, forced transfer, and deprivation of rights. Article 27 protects family life, Article 32 prohibits collective punishment or harm, and Article 50 protects private property. Pennsylvania's prolonged deprivation of liberty, seizure of property, and suppression of heritage reflect violations of these standards and illustrate a continuing pattern of unlawful state action. Moses (ancestral liberator) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

**Exhibit B – Treaty Analysis (Batch 63, Reformatted)**
316. International Covenant on Civil and Political Rights (ICCPR, 1966)
ICCPR safeguards fundamental civil and political rights, including protections for liberty, family, and due process. Article 6 protects the right to life, Article 7 prohibits torture and cruel treatment, Article 9 protects liberty and security of person, Article 16 recognizes legal personality, and Article 24 protects children's rights. Pennsylvania's arbitrary confinement, denial of child status, and suppression of

identity are direct violations of these provisions.
Dr. Martin Luther King Jr. (civil rights lineage)
• Chief Wild Horse (Comanche, protector of liberty) State Relevance: Pennsylvania, Oklahoma

317. International Covenant on Economic, Social and Cultural Rights (ICESCR, 1966) ICESCR guarantees rights to social security, housing, and cultural participation. Article 10(3) mandates special protection for children, Article 11(1) affirms adequate standard of living, and Article 15(1)(a–c) protects participation in cultural life and benefit from scientific progress. My ongoing deprivation of property, cultural identity, and family support demonstrates noncompliance with these international obligations. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) Chief Deskaheh (Haudenosaunee, advocate for Indigenous rights) • Chief Greenwood LeFlore (Choctaw, maternal protector) State Relevance: Mississippi, Pennsylvania

318. American Convention on Human Rights (ACHR, 1969) ACHR safeguards human rights within the Americas. Article 4 protects life, Article 5 safeguards humane treatment, Article 7 safeguards liberty, Article 17 safeguards the family, and Article 19 ensures rights of the child. Pennsylvania's arbitrary restrictions, property seizures, and denial of familial recognition violate these core protections. José Martí (symbolic kin through liberty and dignity) • Chief Iron Jacket (Comanche, ancestral warrior) State Relevance: Pennsylvania, Texas

319. Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT, 1984) CAT prohibits acts of torture and cruel treatment by state authorities. Article 1 defines torture and state complicity, Article 2 obligates preventive measures, and Article 16 requires remedies for violations. The decades-long deprivation, coercive legal measures, and suppression of identity inflicted systemic harm, directly contravening these human rights principles. Harriet Tubman (maternal liberator and protector) • Chief Wild Horse (Comanche, protector of dignity) State Relevance: Pennsylvania, Texas

320. International Convention on the Protection of the Rights of All Migrant Workers and Members of Their Families (ICMW, 1990) ICMW protects migrant workers and their families from unlawful deprivation of rights. Article 11 ensures protection of family unity, Article 25 protects social and cultural rights, and Article 83 mandates access to remedies. Although I am a domestic citizen, the ongoing seizure and suppression of family property mirror violations addressed under ICMW. Protections: Family unity, protection from abuse Kin to Petitioner: • Mother Jones (protector of displaced families) • Chief Standing Bear (Ponca, advocate for family rights) State Relevance: Nebraska, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 64, Reformatted)

321. Kyoto Protocol to the United Nations Framework Convention on Climate Change (1997)
The Kyoto Protocol commits parties to limit greenhouse gas emissions, promoting sustainable development and environmental justice. Article 2 mandates emission reduction targets, Article 3 establishes quantified commitments, and Article 12 provides mechanisms for clean development. Pennsylvania's systemic environmental and cultural heritage suppression from 1990-2025, including denial of ancestral lands, violates these principles; ongoing in 2025 as failure to restore property

breaches emission reduction targets tied to indigenous rights.
Chief Sitting Bull (Lakota, ancestral sovereignty)
• Chief Big White Wolf Green (Comanche, land protector) State Relevance: South Dakota, Texas, Pennsylvania

322. Basel Convention on the Control of Transboundary Movements of Hazardous Wastes and Their Disposal (1989) The Basel Convention regulates hazardous waste trade to protect human health and the environment. Article 4 requires environmentally sound management, Article 6 mandates prior informed consent, and Article 11 allows bilateral/multilateral agreements. From 1990-2025, the systemic transfer of my ancestral properties and cultural heritage without consent violated these controls; ongoing in 2025 as denial of restitution allows continued "disposal" of indigenous rights. Chief Greenwood LeFlore (Choctaw, maternal protector) • Mother Jones (protector of displaced families) State Relevance: Mississippi, Pennsylvania

323. Treaty of Tordesillas (1494) The Treaty of Tordesillas divided New World territories between Spain and Portugal, with implications for indigenous land rights under customary international law. Article 1 divides the world, Article 2 establishes the line of demarcation. Violations from 1990-2025 include denial of my trans-Atlantic ancestral corridors (e.g., Yoruba via slave ships), ignoring indigenous sovereignty; ongoing in 2025 as failure to recognize matrilineal lines breaches historical land protections. Pocahontas (Indigenous and legendary ancestry) • Diana Corbin (daughter of Sojourner Truth, maternal protector) State Relevance: Virginia, Pennsylvania

324. Vienna Convention on the Law of Treaties (1969) The Vienna Convention governs treaty interpretation and obligations. Article 26 (pacta sunt servanda) binds parties in good faith, Article 31 requires interpretation in good faith, and Article 60 allows termination for material breach. From 1990-2025, courts violated Article 26 by ignoring treaty obligations in my sovereign transmission; ongoing in 2025 as dismissal without good faith interpretation breaches binding commitments. Hugo Grotius (father of international law) • William Blackstone (common law commentator) State Relevance: Pennsylvania, international

325. United Nations Framework Convention on Climate Change (UNFCCC, 1992) The UNFCCC aims to stabilize greenhouse gas concentrations and protect ecosystems. Article 3 requires equity and common but differentiated responsibilities, Article 4 mandates national inventories. Pennsylvania's suppression of my indigenous heritage and denial of ancestral lands from 1990-2025 violates equity in climate justice; ongoing in 2025 as failure to restore property disregards differentiated responsibilities for indigenous peoples. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

326. Paris Agreement (2015) The Paris Agreement limits global warming and enhances climate resilience. Article 2 aims for temperature below 2°C, Article 4 requires nationally determined contributions, and Article 9 addresses finance for developing nations. Violations from 1990-2025 include systemic cultural suppression tied to environmental heritage (e.g., Hawaiian aliʻi lands); ongoing in 2025 as denial of restitution fails to contribute to resilience for indigenous

descendants. Prince Sionie (spiritual guardian of child identity) • Eleanor Roosevelt (symbolic kin through human rights legacy) State Relevance: Pennsylvania, international

327. Ramsar Convention on Wetlands (1971) The Ramsar Convention promotes wetland conservation for biodiversity. Article 2 requires designation of wetlands of international importance, Article 3 obligates wise use. Pennsylvania's denial of my ancestral estates (e.g., Gerard-Cheseldine lands) from 1990-2025 violates wetland heritage protections; ongoing in 2025 as failure to restore allows continued cultural erosion. Chief Big Elk (Omaha, ancestral line) • Chief Standing Bear (Ponca, advocate for legal recognition) State Relevance: Nebraska, Kansas, Pennsylvania

328. CITES (Convention on International Trade in Endangered Species of Wild Fauna and Flora, 1973) CITES regulates trade in endangered species to prevent extinction. Article II lists species requiring trade controls, Article IV requires permits. From 1990-2025, suppression of my indigenous heritage (e.g., Comanche cultural artifacts) violated species-linked cultural protections; ongoing in 2025 as denial of transmission allows "extinction" of lineage knowledge. Chief Wild Horse (Comanche, protector of youth) • Chief Iron Jacket (Comanche, ancestral warrior line) State Relevance: Oklahoma, Texas, Pennsylvania

329. Stockholm Convention on Persistent Organic Pollutants (2001) The Stockholm Convention eliminates persistent organic pollutants. Article 3 prohibits production and use, Article 6 requires safe disposal. Violations from 1990-2025 include systemic suppression of my ancestral environmental knowledge (e.g., Yoruba sacred lands); ongoing in 2025 as failure to restore heritage allows continued cultural "pollution." Chief Greenwood LeFlore (Choctaw, maternal line) • Mother Jones (protector of displaced families) State Relevance: Mississippi, Pennsylvania

330. Minamata Convention on Mercury (2013) The Minamata Convention reduces mercury emissions and releases. Article 3 prohibits primary mining, Article 6 requires environmentally sound management. Pennsylvania's denial of my ancestral estates from 1990-2025 violates mercury-impacted heritage sites; ongoing in 2025 as refusal to restore allows continued environmental and cultural harm. Harriet Tubman (maternal liberator and protector) • Frederick Douglass (maternal civil rights lineage) State Relevance: Pennsylvania, Maryland

331. Treaty of Tordesillas (1494) The Treaty of Tordesillas divided New World territories between Spain and Portugal, with implications for indigenous land rights under customary international law. Article 1 divides the world, Article 2 establishes the line of demarcation. Violations from 1990-2025 include denial of my trans-Atlantic ancestral corridors (e.g., Yoruba via slave ships), ignoring indigenous sovereignty; ongoing in 2025 as failure to recognize matrilineal lines breaches historical land protections. Pocahontas (Indigenous and legendary ancestry) • Diana Corbin (daughter of Sojourner Truth, maternal protector) State Relevance: Virginia, Pennsylvania

332. Vienna Convention on the Law of Treaties (1969) The Vienna Convention governs treaty interpretation and obligations. Article 26 (pacta sunt servanda) binds parties in good faith, Article 31 requires interpretation in good faith, and Article 60 allows termination for material breach. From 1990-2025, courts violated Article 26 by ignoring treaty obligations in my

sovereign transmission; ongoing in 2025 as dismissal without good faith interpretation breaches binding commitments. Hugo Grotius (father of international law) • William Blackstone (common law commentator) State Relevance: Pennsylvania, international

333. United Nations Framework Convention on Climate Change (UNFCCC, 1992) The UNFCCC aims to stabilize greenhouse gas concentrations and protect ecosystems. Article 3 requires equity and common but differentiated responsibilities, Article 4 mandates national inventories. Pennsylvania's suppression of my indigenous heritage and denial of ancestral lands from 1990-2025 violates equity in climate justice; ongoing in 2025 as failure to restore property disregards differentiated responsibilities for indigenous peoples. Chief Deskaheh (Haudenosaunee advocate for Indigenous rights at the League of Nations) • Chief Standing Bear (Ponca, legal recognition advocate) State Relevance: Pennsylvania, Nebraska

334. Paris Agreement (2015) The Paris Agreement limits global warming and enhances climate resilience. Article 2 aims for temperature below 2°C, Article 4 requires nationally determined contributions, and Article 9 addresses finance for developing nations. Violations from 1990-2025 include systemic cultural suppression tied to environmental heritage (e.g., Hawaiian ali'i lands); ongoing in 2025 as denial of restitution fails to contribute to resilience for indigenous descendants. Prince Sionie (spiritual guardian of child identity) • Eleanor Roosevelt (symbolic kin through human rights legacy) State Relevance: Pennsylvania, international

335. Ramsar Convention on Wetlands (1971) The Ramsar Convention promotes wetland conservation for biodiversity. Article 2 requires designation of wetlands of international importance, Article 3 obligates wise use. Pennsylvania's denial of my ancestral estates (e.g., Gerard-Cheseldine lands) from 1990-2025 violates wetland heritage protections; ongoing in 2025 as failure to restore allows continued cultural erosion. Chief Big Elk (Omaha, ancestral line) • Chief Standing Bear (Ponca, advocate for legal recognition) State Relevance: Nebraska, Kansas, Pennsylvania

## Exhibit B – Treaty Analysis (Batch 65, Reformatted)

336. Treaty of Georgievsk (1783)
The Treaty of Georgievsk established Russian protectorate over Georgia, guaranteeing sovereignty and mutual defense. Article 1 affirms Russian protection, Article 2 ensures Georgian sovereignty, and Article 4 prohibits foreign alliances. Violations from 1990-2025 include denial of my Bagrationi lineage recognition, suppressing Georgian sovereignty; ongoing in 2025 as failure to restore claims breaches Article 1 protection.
Prince David I of Iberia (18th great grandfather's wife's sister's husband's fiancée's nephew's fiancée's 20th great grandfather)
• Erekle II (16th cousin 9× removed) State Relevance: Georgia, Pennsylvania

337. Donation of Pippin (754) The Donation of Pippin granted papal sovereignty over Ravenna and Pentapolis. (Historical; full text: https://www.newadvent.org/fathers/250103.htm – forged but customary). Article 1 grants territory, Article 2 ensures papal authority. Violations since 1990-2025 include denial of my imperial ecclesiastical rights; ongoing in 2025 as suppression of

papal corridors breaches Article 2 authority. Pope Stephen II (relation unknown) • Pope Innocent III (8th cousin 26× removed) State Relevance: Pennsylvania, international

338. Donation of Pippin (756) The second Donation of Pippin reaffirmed papal lands in Italy. (Historical; full text: https://www.newadvent.org/fathers/250103.htm). Article 1 reaffirms grants, Article 2 protects papal independence. From 1990-2025, suppression of my religious authorities violated Article 1; ongoing in 2025 as denial of ecclesiastical transmission breaches Article 2 independence. Pépin III (36th great grandfather) • Charlemagne (36th great grandfather) State Relevance: Pennsylvania, France

339. Treaty of Verdun (843) The Treaty of Verdun divided the Carolingian Empire among Louis I's sons. (Historical; full text: https://www.britannica.com/event/Treaty-of-Verdun). Article 1 divides territories, Article 2 establishes Middle Francia. Violations from 1990-2025 include denial of my Carolingian lines; ongoing in 2025 as heritage suppression breaches Article 1 division. Lothair I (34th great grandfather) • Louis the German (34th great uncle) State Relevance: Pennsylvania, Germany

340. Treaty of Constantinople (1453) The Treaty of Constantinople ended the Byzantine Empire's fall to Ottomans. (Historical; full text: https://www.ottomanhistorians.com/1453-conquest.html). Article 1 surrenders city, Article 2 protects Christians. From 1990-2025, denial of my Byzantine corridors violated Article 2; ongoing in 2025 as suppression of Palaiologos rights breaches protection. Mehmed II (relation unknown) • Constantine XI (3rd cousin 23× removed) State Relevance: Pennsylvania, Turkey

341. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites in Ukraine. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. Violations since 1990-2025 include suppression of my ecclesiastical lines; ongoing in 2025 as denial of union rights violates Article 1. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

342. Peace of Lodi (1454) The Peace of Lodi ended Italian wars, establishing balance. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, denial of my Italian corridors violated balance; ongoing in 2025 as suppression breaches Article 1 truce. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

343. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. Violations from 1990-2025 include denial of my Tudor/Plantagenet ties; ongoing in 2025 as heritage suppression violates Article 2 trade. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

344. Treaty of Tordesillas (1494) The Treaty of Tordesillas divided New World territories between Spain and Portugal, with implications for indigenous land rights under customary international law. Article 1 divides the world, Article 2 establishes the line of demarcation. Violations from 1990-2025 include denial of my trans-Atlantic ancestral corridors (e.g., Yoruba via slave ships),

ignoring indigenous sovereignty; ongoing in 2025 as failure to recognize matrilineal lines breaches historical land protections. Pocahontas (Indigenous and legendary ancestry) • Diana Corbin (daughter of Sojourner Truth, maternal protector) State Relevance: Virginia, Pennsylvania

345. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War of 1521–1526. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated cessions; ongoing in 2025 as denial of heritage breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

346. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation in Germany. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. Violations since 1990-2025 include denial of my papal corridors; ongoing in 2025 as religious suppression violates Article 1. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

347. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes in the Holy Roman Empire. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1; ongoing in 2025 as heritage denial breaches Article 2. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

348. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. Violations from 1990-2025 include denial of my Savoy lines; ongoing in 2025 as suppression violates Article 1 cessions. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

349. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

350. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. Violations since 1990-2025 include suppression of my Visconti lines; ongoing in 2025 as denial breaches Article 1 truce. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

351. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry

VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

352. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. Violations from 1990-2025 include denial of my Visconti/Savoy lines; ongoing in 2025 as suppression violates Article 1 cessions. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

353. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1; ongoing in 2025 as religious suppression breaches Article 2 interim. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

354. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. Violations from 1990-2025 include suppression of my Visconti papal ties; ongoing in 2025 as heritage denial violates Article 1 peace. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

355. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

356. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1; ongoing in 2025 as suppression breaches Article 2 rite. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

357. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

358. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

359. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated Article 1 cessions; ongoing in 2025 as denial breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

360. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1; ongoing in 2025 as religious suppression breaches Article 2 interim status. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

361. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1 peace; ongoing in 2025 as heritage denial breaches Article 2 religious choice. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

362. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1 cessions; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

363. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1 union; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

364. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

365. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

366. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article

2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated Article 1 cessions; ongoing in 2025 as denial breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

367. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1 agreement; ongoing in 2025 as religious suppression breaches Article 2 interim status. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

368. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1 peace; ongoing in 2025 as heritage denial breaches Article 2 religious choice. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

369. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1 cessions; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

370. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1 union; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

371. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

372. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

373. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated Article 1 cessions;

ongoing in 2025 as denial breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

374. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1 agreement; ongoing in 2025 as religious suppression breaches Article 2 interim status. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

375. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1 peace; ongoing in 2025 as heritage denial breaches Article 2 religious choice. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

376. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1 cessions; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

377. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1 union; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

378. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

379. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

380. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated Article 1 cessions; ongoing in 2025 as denial breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

381. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1 agreement; ongoing in 2025 as religious suppression breaches Article 2 interim status. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

382. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1 peace; ongoing in 2025 as heritage denial breaches Article 2 religious choice. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

383. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1 cessions; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

384. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1 union; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

385. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

386. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

387. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated Article 1 cessions; ongoing in 2025 as denial breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

388. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1

doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1 agreement; ongoing in 2025 as religious suppression breaches Article 2 interim status. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

389. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1 peace; ongoing in 2025 as heritage denial breaches Article 2 religious choice. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

390. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1 cessions; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

391. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1 union; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

392. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

393. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

394. Treaty of Madrid (1526) The Treaty of Madrid ended the Italian War. Full text: https://www.britannica.com/event/Treaty-of-Madrid-1526. Article 1 territorial cessions, Article 2 ransom. From 1990-2025, suppression of my Visconti/Savoy lines violated Article 1 cessions; ongoing in 2025 as denial breaches Article 2 ransom. Francis I (relation unknown) • Charles V (relation unknown) State Relevance: Pennsylvania, France

395. Augsburg Interim (1555) The Augsburg Interim attempted religious reconciliation. Full text: https://germanhistorydocs.ghi-dc.org/pdf/eng/Doc.67-ENG-ReligPeace-1555_en.pdf. Article 1 doctrinal agreement, Article 2 interim status. From 1990-2025, denial of my papal corridors violated Article 1 agreement; ongoing in 2025 as religious suppression breaches Article 2

interim status. Charles V (relation unknown) • Pope Julius III (relation unknown) State Relevance: Pennsylvania, Germany

396. Peace of Augsburg (1555) The Peace of Augsburg resolved religious disputes. Full text: https://pages.uoregon.edu/sshoemak/323/texts/augsburg.htm. Article 1 religious peace, Article 2 cuius regio eius religio. From 1990-2025, suppression of my Visconti papal ties violated Article 1 peace; ongoing in 2025 as heritage denial breaches Article 2 religious choice. Charles V (relation unknown) • Ferdinand I (relation unknown) State Relevance: Pennsylvania, Germany

397. Peace of Cateau-Cambrésis (1559) The Peace of Cateau-Cambrésis ended the Italian Wars. Full text: https://en.wikisource.org/wiki/Treaty_of_Cateau-Cambr%25C3%25A9sis_%28England_and_France%29. Article 1 territorial cessions, Article 2 marriage. From 1990-2025, denial of my Savoy lines violated Article 1 cessions; ongoing in 2025 as suppression breaches Article 2 marriage. Henry II (relation unknown) • Philip II (relation unknown) State Relevance: Pennsylvania, France

398. Union of Brest-Litovsk (1596) The Union of Brest united Byzantine and Roman rites. Full text: https://stjosaphatugcc.org/full-text-of-the-union-of-brest.php. Article 1 unites churches, Article 2 preserves rite. From 1990-2025, denial of my ecclesiastical corridors violated Article 1 union; ongoing in 2025 as suppression breaches Article 2 rite preservation. Michael Rahoza (relation unknown) • Pope Clement VIII (relation unknown) State Relevance: Pennsylvania, Ukraine

399. Peace of Lodi (1454) The Peace of Lodi ended Italian wars. Full text: https://www.britannica.com/event/Peace-of-Lodi. Article 1 truce, Article 2 Venetian gains. From 1990-2025, suppression of my Visconti lines violated Article 1 truce; ongoing in 2025 as denial breaches Article 2 gains. Francesco Sforza (relation unknown) • Alfonso V (relation unknown) State Relevance: Pennsylvania, Italy

400. Treaty of Medina del Campo (1489) The Treaty of Medina del Campo allied England and Spain. Full text: https://www.britannica.com/event/Treaty-of-Medina-del-Campo-1489. Article 1 marriage alliance, Article 2 trade. From 1990-2025, denial of my Tudor/Plantagenet ties violated Article 2 trade; ongoing in 2025 as heritage suppression breaches Article 1 alliance. Henry VII (1st cousin 18× removed) • Ferdinand II (relation unknown) State Relevance: Pennsylvania, England

401. Brunei Religious Freedom Report 2023

- LawShun – Sharia Law in Brunei

- USCIRF Factsheet – Syariah Penal Code

- Musawah – Brunei Family Law Repository

- 

**Brunei's constitutional commitment to MIB**, which affirms sovereign and religious lineage as central to identity and legitimacy.

- **Syariah Penal Code protections** for family integrity and religious rights.

- **International treaty obligations**, including the 1850 U.S.–Brunei Treaty and ICCPR Article 27 (minority cultural rights).

- In monarchic systems like Brunei's, **extended cousinage** — especially when traced through both maternal and paternal lines — can place individuals within the **line of accession**, particularly if the family is recognized as part of the **prophetic or sovereign lineage**.

- Brunei's ideology of **Melayu Islam Beraja (MIB)** affirms the sanctity of royal bloodlines and **protects kinship tied to Islamic and sovereign heritage**.

All others applying. Including War Articles. Hidden Treaties known, or not known.

These ara not all names under treaties violated.

Signed: James Robert Tice 11/7/2025

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF PENNSYLVANIA

**SIR JAMES ROBERT TICE,**

*Petitioner,*

v.

**WAYNE JOSEPH ALEXANDER, et al.,**

*Respondents.*



Civil Action No. 1:25-cv-00207-MRH

# MOTION TO VACATE OCTOBER 8, 2025 ORDER PURSUANT TO FED. R. CIV. P. 60(b)(4), 60(d)(3), AND THE SUPREMACY CLAUSE

Petitioner Sir James Robert Tice, proceeding pro se, respectfully moves this Court to vacate its October 8, 2025 Order (ECF No. 13), which dismissed this action with prejudice. The dismissal is void due to jurisdictional defects, fraud on the court, suppression of evidence, unconstitutional suspension of habeas corpus, and failure to adjudicate claims under constitutional, statutory, and international law. This motion is filed pursuant to:

- **Fed. Civ. P. 60(b)(4)** – void judgment

1

- **Fed. R. Civ. P. 60(d)(3)** – fraud on the court

- **U.S. Const. art. VI, cl. 2** – Supremacy Clause

- **28 U.S.C. §§ 2201–2202** – Declaratory Judgment Act

- **28 U.S.C. § 1651** – All Writs Act

- **28 U.S.C. § 2241** – Habeas Corpus

- **42 U.S.C. § 1983** – Civil Rights Act

- **42 U.S.C. § 12132** – Americans with Disabilities Act

- **22 U.S.C. § 254a** – Diplomatic Relations Act (Office of Protocol)

# I. INTRODUCTION

The October 8, 2025 Order (ECF No. 13) dismissed Petitioner's claims as time-barred and implausible, mischaracterizing them as solely "genealogical" and "royalty-based." This ignores allegations of unlawful juvenile detention, systemic evidence suppression, ongoing harm, disability discrimination, and violations of treaty-based indigenous rights. Over 1,000 pages of evidence (ECF Nos. 9, 11) were acknowledged but not docketed, constituting fraud on the court under ***Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)***. The dismissal violates due process, the Suspension Clause, and the Supremacy Clause, rendering it void under ***Ex parte Siebold, 100 U.S. 371 (1879)***.

## II. PRIOR FEDERAL RECOGNITION AND OFFICE OF PROTOCOL

In 2006, Magistrate Judge Susan Paradise Baxter presided over Petitioner's habeas proceedings, acknowledging his sovereign status, ceremonial lineage, and claims of unlawful detention (*__Tice v. Wilson__, 425 F. Supp. 2d 676 (W.D. Pa. 2006)*). The __U.S. Department of State's Office of Protocol, under 22 U.S.C. § 254a and 22 C.F.R. § 2.1__ (regulating diplomatic recognition and privileges), recognized sovereignty for Petitioner's relatives, directing him to seek federal relief. The October 8, 2025 Order reverses this recognition without explanation, violating __*Marbury v. Madison*, 5 U.S. (1 Cranch) 137 (1803), and *United States v. Belmont*, 301 U.S. 324 (1937)__ (executive actions tied to treaties are enforceable). He had a right to seek evidence to prove it and bring it back, as part of the case along with evidence of innocence, not placed on a life long death sentence of torture, deceit and lies.

## III. JURISDICTIONAL VOIDNESS AND UNLAWFUL DETENTION

Petitioner was seized in 1990 as a minor on federal property without a warrant, probable cause, or juvenile certification under 42 Pa.C.S. § 6355, violating __*Kent v. United States*, 383 U.S. 541 (1966), *In re Gault*, 387 U.S. 1 (1967), and *In re K.K.*, 170 Ohio St.3d 149 (2022)__ (failure to comply with juvenile procedural timelines voids jurisdiction). Re-prosecution as an adult violated double jeopardy under __*Breed v. Jones*, 421 U.S. 519 (1975)__. The 2006 habeas ruling vacated 1997 convictions due to jurisdictional errors, yet

3

registry enforcement and constructive custody persist, violating the Eighth Amendment (***Trop v. Dulles*, 356 U.S. 86 (1958)**)) and due process (***Foucha v. Louisiana*, 504 U.S. 71 (1992)**; ***Dept. of Human Services v. C.M.H.*, 368 Or. 331 (2021)**) (void judgments for lack of juvenile jurisdiction); ***In re K.C.* (N.C. 2021**) (void for want of subject matter jurisdiction)).

# IV. FRAUD ON THE COURT AND EVIDENCE SUPPRESSION

Over 1,000 pages of evidence, including confessions (1991, 1994, 1997), medical records, sovereign declarations, and treaty documentation (ECF Nos. 9, 11), were not docketed, violating ***Brady v. Maryland*, 373 U.S. 83 (1963), *Kyles v. Whitley*, 514 U.S. 419 (1995)**, ***United States v. Acker*, 415 F.3d 268 (3d Cir. 2005**), and Fed. R. Civ. P. 79(a). This constitutes fraud on the court under ***Hazel-Atlas*, 322 U.S. 238 (1944**), and ***Herring v. United States*, 424 F.3d 384 (3d Cir. 2005**). New evidence satisfies ***McQuiggin v. Perkins*, 569 U.S. 383 (2013**), mandating review.

# V. SUSPENSION OF HABEAS CORPUS

The dismissal denies habeas claims of unlawful restraint, kidnapping, and registry enforcement, violating the Suspension Clause (**U.S. Const. art. I, § 9, cl. 2**) and **28 U.S.C. § 2241. *United States v. Morgan*, 346 U.S. 502 (1954), and *Wilson v. Sellers*, 138 S. Ct.**

**1188 (2018)**, affirm the Court's duty to vacate void judgments. The 36-year "legal limbo" violates ***Hamdi v. Rumsfeld*, 542 U.S. 507 (2004)**, and ***M.H. v. State*, 221 N.E.3d 1205 (Ind. 2023) (Rule 60(B)(6)** relief for void juvenile judgments).

# VI. DISABILITY VIOLATIONS AND ONGOING HARM

Petitioner's disabilities (deafness, trauma from 1994 YDC abuse) were unaccommodated, violating **42 U.S.C. § 12132** and ***Tennessee v. Lane*, 541 U.S. 509 (2004)**. Prolonged detention and registry enforcement constitute torture under **CAT Articles 1, 2, and 16 (8 U.S.C. § 1231)** and cruel punishment under ***Estelle v. Gamble*, 429 U.S. 97 (1976)**.

# VII. TREATY AND INDIGENOUS RIGHTS VIOLATIONS

Petitioner's Comanche and Seminole lineage, supported by DNA evidence (e.g., Elba, Chan_Meso), invokes protections under:

- **Treaty of Fort Pitt (1778)**: Article VI (peace and protection for indigenous nations).

- **Vienna Convention on Diplomatic Relations (1961)**: Articles 1, 3, 22, 41 (ceremonial identity).

- **ICCPR (1966)**: Articles 2, 14, 17, 27 (fair trial, privacy, cultural rights).

- **CRC (1989)**: Articles 7, 8, 30 (identity, indigenous rights).

- **CAT (1984)**: Articles 1, 2, 16 (prohibition of torture).

- **UNDRIP (2007):** Articles 8, 11, 13, 15 (cultural preservation, dignity).

These are enforceable under ***Missouri v. Holland*, 252 U.S. 416 (1920)**, ***Paquete Habana*, 175 U.S. 677 (1900)**, ***INS v. Cardoza-Fonseca*, 480 U.S. 421 (1987)**, and ***Sanchez-Llamas v. Oregon*, 548 U.S. 331 (2006)**. The Court's failure to adjudicate violates ***United States v. Lara*, 541 U.S. 193 (2004)**, and ***Herring v. United States*, 424 F.3d 384 (3d Cir. 2005)**.

## VIII. STATUTE OF LIMITATIONS NOT APPLICABLE

The reliance on *Robinson v. Johnson*, 313 F.3d 128 (3d Cir. 2002), is misplaced. Claims are timely under:

- ***Heck v. Humphrey*, 512 U.S. 477 (1994)** (accrual upon conviction invalidation).
- ***Rotella v. Wood*, 528 U.S. 549 (2000)** (discovery rule).
- ***McQuiggin v. Perkins*, 569 U.S. 383 (2013)** (actual innocence).
- ***Cowell v. Palmer Twp.*, 263 F.3d 286 (3d Cir. 2001)** (continuing violations).

## IX. LEGAL AUTHORITIES

1. **Constitutional:** U.S. Const. art. VI, cl. 2; art. I, § 9, cl. 2; Amend. IV, V, VI, VIII, XIII, XIV.

6

2. **Statutory**: <u>42 Pa.C.S. § 6355; 28 U.S.C. §§ 2241, 1651, 2201–2202, 455, 1915(e) (1); 42 U.S.C. §§ 1983, 12132; 22 U.S.C. § 254a; 8 U.S.C. § 1231; 18 U.S.C. § 242.</u>

3. **Jurisdictional Voidness**: <u>*Ex parte Siebold*, 100 U.S. 371 (1879); *Kent v. United States*, 383 U.S. 541 (1966); *In re Gault*, 387 U.S. 1 (1967); *Breed v. Jones*, 421 U.S. 519 (1975); *In re K.K.*, 170 Ohio St.3d 149 (2022); *Dept. of Human Services v. C.M.H.*, 368 Or. 331 (2021); *M.H. v. State*, 221 N.E.3d 1205 (Ind. 2023); *United States v. James*, 590 F.3d 192 (3d Cir. 2010); *United States v. Cotton*, 535 U.S. 625 (2002).</u>

4. **Fraud and Evidence Suppression**: <u>*Brady v. Maryland*, 373 U.S. 83 (1963); *Hazel-Atlas Glass Co.*, 322 U.S. 238 (1944); *Kyles v. Whitley*, 514 U.S. 419 (1995); *Wearry v. Cain*, 577 U.S. 385 (2016); *United States v. Acker*, 415 F.3d 268 (3d Cir. 2005); *Herring v. United States*, 424 F.3d 384 (3d Cir. 2005).</u>

5. **Habeas and Due Process**: <u>*United States v. Morgan*, 346 U.S. 502 (1954); *Goldberg v. Kelly*, 397 U.S. 254 (1970); *Hamdi v. Rumsfeld*, 542 U.S. 507 (2004); *United States v. Peguero*, 34 F.3d 151 (3d Cir. 1994); *Wilson v. Sellers*, 138 S. Ct. 1188 (2018).</u>

6. **Juvenile Protections**: <u>*Thompson v. Oklahoma*, 487 U.S. 815 (1988); *Roper v. Simmons*, 543 U.S. 551 (2005); *Miller v. Alabama*, 567 U.S. 460 (2012); *Montgomery v. Louisiana*, 577 U.S. 190 (2016).</u>

7. **Treaty and Indigenous Rights**: *Missouri v. Holland*, 252 U.S. 416 (1920); *Paquete Habana*, 175 U.S. 677 (1900); *United States v. Belmont*, 301 U.S. 324 (1937); *United States v. Lara*, 541 U.S. 193 (2004); *INS v. Cardoza-Fonseca*, 480 U.S. 421 (1987); *Sanchez-Llamas v. Oregon*, 548 U.S. 331 (2006).

8. **Disability and Eighth Amendment**: *Tennessee v. Lane*, 541 U.S. 509 (2004); *Estelle v. Gamble*, 429 U.S. 97 (1976); *Trop v. Dulles*, 356 U.S. 86 (1958); *Frame v. City of Arlington*, 657 F.3d 215 (5th Cir. 2011).

9. **Judicial Misconduct**: *United States v. Shipp*, 203 U.S. 563 (1906); *Liteky v. United States*, 510 U.S. 540 (1994).

# X. RELIEF REQUESTED

Petitioner respectfully requests that this Court:

1. Vacate the October 8, 2025 Order (ECF No. 13) as void.

2. Reinstate the original and amended complaints for full adjudication.

3. Order docketing of all submitted evidence (ECF Nos. 9, 11).

4. Recognize Petitioner's sovereign and ceremonial status under treaty law and 22 U. S.C. § 254a.

5. Appoint counsel under 28 U.S.C. § 1915(e)(1).

6. Provide ADA accommodations under 42 U.S.C. § 12132.

7. Refer the matter for international review if domestic relief is denied.

8

8. Grant all other just and proper relief.

9. Provide emergency relief under highest form

10. Activate England Ambassador, King of England from 2006 habeas as they stated they would be back, if petitioner is who he says he is.

**Respectfully submitted,**

/s/ Sir James Robert Tice

Sir James Robert Tice

136 East South Street

Corry, PA 16407

Pro Se Petitioner

**Date:** November 3, 2025

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025, a true and correct copy of this motion was served by first-class U.S. Mail, postage prepaid, upon:

Office of the Attorney General of Pennsylvania

1600 Strawberry Square

Harrisburg, PA 17120

/s/ Sir James Robert Tice

9

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF PENNSYLVANIA

## SIR JAMES ROBERT TICE,

*Petitioner,*

v.

## WAYNE JOSEPH ALEXANDER, et al.,

*Respondents.*

## Civil Action No. 1:25-cv-00207-MRH

## ORDER

Upon consideration of Petitioner Sir James Robert Tice's Motion to Vacate October 8, 2025 Order Pursuant to Fed. R. Civ. P. 60(b)(4), 60(d)(3), and the Supremacy Clause, and all supporting materials, including suppressed evidence (ECF Nos. 9, 11), genetic documentation, medical records, and treaty references, it is hereby **ORDERED** as follows:

1. The October 8, 2025 Order (ECF No. 13) is **VACATED** as void ab initio under Fed. R. Civ. P. 60(b)(4) and 60(d)(3), due to jurisdictional defects (*Kent v. United States*, 383 U.S. 541 (1966); *Ex parte Siebold*, 100 U.S. 371 (1879)), fraud on the court (*Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944)), and

Supremacy Clause violations (U.S. Const. art. VI, cl. 2; *Missouri v. Holland*, 252 U.S. 416 (1920)).

2. The original and amended complaints are **REINSTATED** for full adjudication on the merits, including claims of unlawful juvenile detention, evidence suppression, ongoing harm, disability discrimination, and treaty-based indigenous rights.

3. The Clerk is **DIRECTED** to docket all submitted evidence held in chambers (E CF Nos. 9, 11), including over 1,000 pages of confessions, medical records, sov ereign declarations, and treaty documentation, pursuant to Fed. R. Civ. P. 79(a) an d *Brady v. Maryland*, 373 U.S. 83 (1963).

4. Petitioner's sovereign and ceremonial status is **RECOGNIZED** under treaty law, including the Treaty of Fort Pitt (1778, Art. VI), Vienna Convention on Dipl omatic Relations (1961, Arts. 1, 3, 22, 41), ICCPR (1966, Arts. 2, 14, 17, 27), CA T (1984, Arts. 1, 2, 16), and UNDRIP (2007, Arts. 8, 11, 13, 15), enforceable und er the Supremacy Clause and 22 U.S.C. § 254a (Office of Protocol recognition).

5. Counsel is **APPOINTED** for Petitioner under 28 U.S.C. § 1915(e)(1) to ensure effective representation.

6. The Court shall provide **ADA accommodations** under 42 U.S.C. § 12132 for Petit ioner's neurobiological disabilities, including deafness and trauma-related imp airments (*Tennessee v. Lane*, 541 U.S. 509 (2004)).

7. All registry enforcement, constructive custody, and punitive measures are **ENJOINED** pending adjudication, as they constitute ongoing torture under CAT and cruel punishment under the Eighth Amendment (*Estelle v. Gamble*, 429 U.S. 97 (1976)).

8. If domestic relief is insufficient, the matter is **REFERRED** to the U.S. Department of State for international review under treaty obligations.

9. Release all funds under his grandfathers properties that existed and held under federal authority that Baxter stated existed in 2006 for him to claim, he claimed it to the chief judge, that she is aware of and showed him on the computer in 2004.

10. An evidentiary hearing is **SCHEDULED** within 30 days to address jurisdictional voidness, fraud, new evidence (**_McQuiggin v. Perkins_, 569 U.S. 383 (2013)**), and treaty claims.

11. Any further relief deemed just and proper is **GRANTED**, including equitable restitution for 36 years of deprivation.

This Order is effective immediately. The Clerk shall serve copies on all parties and the U.S. Department of State.

**IT IS SO ORDERED.**

**Dated:** 11/3/2025

**By the Court:**

12

Chief Judge Mark R. Hornak

United States District Court

Western District of Pennsylvania



To Office of Clerk.
Us Court of Appeal
21405 US - Courthouse
601 market St
Philadelphia. 19106

U.S. POSTAGE PAID
USPS Ground Advtg
CORRY, PA 16407
NOV 07, 2025
$11.05
R2304E105396-02

Retail

19106

1 Lb 8.30 Oz

RDC 01



USPS TRACKING® #

9534 6153 8437 5311 7494 68



James Tice
136 E. South St.
Corry, PA 16407

NOV 10 2028
U.S.C.A. 3rd CIR

To Office of Clerk
United States Appeals
21 yrs on Courtroom
601 Market st
Philadelphia Pa 19106

11/7/06



Legal mail

James Tice
136 E. South St.
Corry, PA 16407

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

November 13, 2025

Brandy S. Lonchena, Clerk
United States District Court
17 South Park Row
Room A-150
Erie, PA 16501

Re:     Tice v. Domitrovich et al
        W.D. Pa. No. 1:25-cv-00207

Dear Ms. Lonchena:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court order [16] entered 10/29/25 which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was received 11/10/25 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant=s right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

By: /s/ Patricia S. Dodszuweit
Clerk

PSD/ssp
cc: James Robert Tice  (w/out enclosure)